# NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS, PENNYMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC, Plaintiff, vs. WILBERFORCE GRAY, ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly filed on April 27, 2017, I, the undersigned Referee will sell at public auction at the Kings County Supreme Court, Room 224, 360 Adams Street, Brooklyn, NY on May 17, 2018 at 2:30 p.m., premises known as 230 Tompkins Ave, Brooklyn, NY. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, Block 1785 and Lot 38. Approximate amount of judgment is $668,116.52 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index # 11257/10.

Jeffrey Miller, Esq., Referee

Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Ste. 590, Elmsford, NY 10523, Attorneys for Plaintiff

Cash will not be accepted.

