UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                      Chapter 11

NORTHFIELD 30 CORP.,                                         Case No. 18-42802 (NHL)


                                                Debtor.
------------------------------------------------------------x

## ORDER DISMISSING CASE

Upon the motion of William K. Harrington, United States Trustee for Region 2, filed on October 23, 2018 to dismiss this case, pursuant to 11 U.S.C. § 1112(b), and upon the hearing held before this Court on January 3, 2019, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED, that the chapter 11 case of Northfield 30 Corp. be and is hereby dismissed, pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period; and it is further

ORDERED, that Court shall retain jurisdiction to adjudicate both the Motion for Sanctions filed by JDP Mortgage LLC (ECF Doc. No. 30) and the Court's Contempt Order and Order to Show Cause (ECF Doc. No. 28).



**Dated: January 3, 2019**
      **Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**