| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Northfield 30 Corp.** <br> Name | EIN **82–3598569** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **1–18–42802–nhl** | | Date case filed for chapter **11**  **5/15/18** |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on May 15, 2018, and an order having been signed by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on January 3, 2019 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: January 4, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]