**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                          Chapter 11
                                                                              Case No. 1-18-42802-nhl

        NORTHFIELD 30 CORP.,
                                                           **NOTICE OF APPEARANCE**

                                        Debtor.
-------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that that in accordance with Fed. R. Bankr. P. 9010(b) Petroff Amshen LLP hereby enters an appearance in this case on behalf of the Debtor, Northfield 30 Corp., and respectfully demands that all papers and notices of all proceedings in this matter be served upon the undersigned at the address listed below.

Dated:  July 16, 2019
            Brooklyn, New York

                                                      **PETROFF AMSHEN LLP**

                                   By:    */s/ Steven Amshen*
                                              Steven Amshen, Esq.
                                              1795 Coney Island Avenue, Suite 3
                                              Brooklyn, New York 11230
                                              (718) 336-4200
                                              bankruptcy@lawpetroff.com