UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Northfield 30 Corp.,<br><br>   *Debtor.* | Bankruptcy Docket No.:<br>18-42802-NHL |
| JDP MORTGAGE, LLC,<br><br>   *Plaintiff,*<br><br>-against-<br><br>NORTHFIELD 30 CORP., A&Q ESTATES INC., ELI AVI COHEN, GRAY WILBERFORCE, YANAY SHARAN A/K/A SHARAN YANAY A/K/A SHARON YANAY, DAVID COHEN A/K/A DAVID COHAN A/K/A ELI COHAN A/K/A ILAN DAVID AVITSEDEK,<br><br>   *Defendants.* | Adversary Proceeding Docket No.:<br>19-01092-NHL |

## **TABLE OF CONTENTS TO PLAINTIFF'S EXHIBITS**

Exhibit A ............................................................................................................................. 1 - 2
Exhibit B ............................................................................................................................ 3 - 40
Exhibit C ......................................................................................................................... 41 - 127
Exhibit D ...................................................................................................................... 128 - 171
Exhibit E ....................................................................................................................... 172 - 175
Exhibit F ....................................................................................................................... 176 - 263