# Exhibit B

# COMPREHENSIVE REPORT

**MS SHARON D YANAY**

## SEARCH CRITERIA

Person ID: ████9573
Reference Code:

## GLBA/DPPA PERMITTED PURPOSES

GLBA: Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
DPPA: Civil, Criminal, Administrative, or Arbitral Proceeding

## SEARCH RESULTS SUMMARY

## Subject Information (Best Information for Subject)

MS SHARON D YANAY (Female)
████-####
02/##/1972 (Age 47)
Person ID: ████9573

## Indicators

Property: Yes
Deceased: No

## Associated Addresses

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Verified) (Oct 2014 - Aug 2019)
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (Nov 2004 - Oct 2016)
886 E 16TH ST APT 2, BROOKLYN, NY 11230-3002 KINGS (Sep 2003 - Jun 2005)

## Associated Phone Numbers Summary

████-5718 (EDT) (Best Information)
████-3612 (EDT) (Phones Plus) (SHARON YANAY )
████-7909 (EDT) (Old Phone) (11/2015 - 09/2016 )

## Criminal Records Summary

NONE FOUND

## Vehicle Summary

## Record Counts

Aliases 2
Imposters 0
Associates 0
Relatives 4
Student Information 1
Student Records 1
Addresses 3
Property Records 2
Phone Records 2
Neighbors 3
Historical Neighbors 3
Motor Vehicle
Registrations 1
Florida Accidents 0
Watercraft Records 0
Aircraft Registrations 0
Bankruptcies 0
Liens and Judgments 1
Criminal Records 0
Sexual Offenses 0
Foreclosures 0
Notices of Defaults 0
Civil Court Records 0
Corporate Affiliations 0
UCC Filings 0
People at Work 0
FAA Certifications 0
Professional Licenses 0
DEA Controlled
Substance Licenses 0
Voter Registrations 0
Hunting/Fishing
Licenses 0

2004 Honda Odyssey - ██████████0266 - ████2781 (NY)

Weapon Permits 0
Firearms/Explosives
Licenses 0

## People at Work Summary

NONE FOUND

## Drivers Licenses

NONE FOUND

## Bankruptcy Record(s) found:

NONE FOUND

## SEARCH RESULTS

## Addresses

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (10/2014 -08/2019) (Verified)
Subject Name: MS SHARON YANAY

### Residents

ILAN D AVITSEDEK
01/##/1969 (50)
████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

EILEEN A COYLE
04/##/1931 (88)
████#### Issued Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

████-####
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

PELEG YANNAY
████#### Issued Location: New York Issued Dates: 03/30/1996 - 02/02/1998 Valid

████-####
Issued Location: New York
Issued Dates: 03/30/1996 - 02/02/1998
Valid

SHARON YANAY
2/1972 (47)

## Phones

████-2900 (EDT)
Company Name: CONTACT CONSTRUCTION INC
Listing: CONTACT CONSTRUCTION INC
Published

████-5718 (EDT)
ILAN AVITSEDEK
Listing: AVITSEDEK ILAN D
Published

## Neighborhood Profile (Census)

Average Age: 36
Median Household Income: $150,391
Average Home Value: $628,453
Average Education: 15

## Property Ownership Information for this Address

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Data Source: A
Record Type: A - Assessed

### Assessment

Parcel Number: 39-113- -0118-0
Location: NASSAU NY
Sale Date: 09/23/2014
Sales Price: $375,000
Mortgage Loan Amount: $300,000
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: CONTINENTAL HM LOANS INC
Assessed Total Value: $733
Assessed Improvement Value: 1
Market Land Value: 292,800
Market Improvement Value: 400
Market Total Value: 293,200

Tax Year: 2018
Tax Amount: 14,265.82
Recording Date: 10/02/2014
Recorder Location: pg 85, 13129
Lot Number: 118

## Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137

Assessee
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137
Original Names: AVITSEDEK ILAN, YANAY SHARON

### Names

MS SHARON YANAY
Person ID: ███████9573

MR ILAN AVITSEDEK
███████-####
Person ID: ███████0216

Seller
Original Names: WARD EILEEN A

### Names

MS EILEEN A WARD
███████-####
Person ID: ███████4854

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (11/2004 -10/2016 )
Subject Name: MS SHARON YANAY

### Residents

YARONA YANAY
02/##/1972 (47)
███████-#### Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

███████-####
Issued Location: New Jersey

Issued Dates: 08/02/1994 - 02/01/1996
Valid

---

SAAR EZRA

### Phones

███████-7909

### Neighborhood Profile (Census)

Average Age: 36
Median Household Income: $70,657
Average Home Value: $233,333
Average Education: 13

---

886 E 16TH ST APT 2, BROOKLYN, NY 11230-3002 KINGS (09/2003 -06/2005 )
Subject Name: MS SHARON YANAY

### Residents

JOSEPH E ABRAMCZYK
07/##/1955 (64)
███████-#### Issued Location: New York Issued Dates: 01/01/1988 - 12/31/1989 Valid

███████-####
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1989
Valid

### Neighborhood Profile (Census)

Average Age: 38
Median Household Income: $51,042
Average Home Value: $390,278
Average Education: 13

## Phones

███████-5718 (EDT) (Best Information)

---

███████-7909 (EDT)
Dates Seen: 11/2015 - 09/2016

---

███████-3612 (EDT) - Mobile

SHARON YANAY
13405 86TH RD, JAMAICA, NY 11418-1902
Phone Number: ███████-3612 (EDT)
Carrier Name: NEW CINGULAR WRLS DC
Carrier Location: NEW YORK CITY ZONE 05, NY
Listing Types: R, C

## Criminal Records

NO RECORDS

## People at Work

NO RECORDS

## Vehicles

### 2004 Honda

Odyssey - EX

Registrant: SHARON YANAY (Female)
VIN: ██████████████00266
Tag Number: NY - ██████2781



2004 Honda Odyssey Sport Van - █████████████0266
State of Origin: NY
Series: EX
Price: $26,990
Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

## Registrants

SHARON YANAY (Female) - HISTORICAL
02/##/1972 (47)
Person ID: ████████9573
Possible SSN: ██████-####
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Tag Number ████████ - NY
License Plate Type: Private
Previous Tag Number: ██████781 - NY
Registration Dates: 11/04/2008 - 10/08/2010
Expiration Date: 11/03/2012

## Owners

SHARON YANAY (Female) - CURRENT
02/##/1972
Person ID: ████████9573
Possible SSN: ██████-####
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Title Issue Dates: 01/18/2007 - 01/18/2007

# Drivers Licenses

NO RECORDS

# Aliases

SHARON D YANAY (Female)
02/##/1972 (47)
Person ID: ████████9573
Current DOB
Current Name
██████-#### Issued Location: New York Issued Dates: 08/02/2003 - 10/03/2005 Valid Matches
Subject

████████#### 
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid
Matches Subject

SHARON YANAY
02/##/1972 (47)
Person ID: ████████9573
Current DOB
██████#### Issued Location: New York Issued Dates: 08/02/2003 - 10/03/2005 Valid Matches
Subject

████-####
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid
Matches Subject

## Imposters (Individuals with who share SSN with subject)

NO RECORDS

## Bankruptcies

NO RECORDS

## Liens/Judgments

Amount: $1,692
Filing Jurisdiction: NY
Multiple Defendant: true
Certificate Number: E145779139W00
Origin Filing Date: 05/23/2019

### Debtors

YANAY, SHARON
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU

#### Parties

MS SHARON YANAY
Person ID: ██████9573

AVITSEDEK, ILAN
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU

#### Parties

MR ILAN AVITSEDEK
Person ID: ██████0216
████-####

### Creditors

STATE OF NEW YORK

### Parties

STATE OF NEW YORK

### Filings

STATE TAX WARRANT - E145779139W0015,
Origin Filing Date: 05/23/2019
Agency: NASSAU COUNTY CLERK

## Foreclosures

NO RECORDS

## Properties

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Data Source: A
Record Type: A - Assessed

### Assessment

Parcel Number: 39-113- -0118-0
Location: NASSAU NY
Sale Date: 09/23/2014
Sales Price: $375,000
Mortgage Loan Amount: $300,000
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: CONTINENTAL HM LOANS INC
Assessed Total Value: $733
Assessed Improvement Value: 1
Market Land Value: 292,800
Market Improvement Value: 400
Market Total Value: 293,200
Tax Year: 2018
Tax Amount: 14,265.82
Recording Date: 10/02/2014
Recorder Location: pg 85, 13129
Lot Number: 118

### Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137

Assessee

Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137
Original Names: AVITSEDEK ILAN, YANAY SHARON

### Names

MS SHARON YANAY
Person ID: ████████9573

MR ILAN AVITSEDEK
████-####
Person ID: ████████0216

Seller
Original Names: WARD EILEEN A

### Names

MS EILEEN A WARD
████-####
Person ID: ████████4854

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Data Source: B
Record Type: D - Deed

### Deed

Parcel Number: 39-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
Location: NASSAU
Contract Date: 09/23/2014
Recording Date: 10/02/2014
Sales Price: $375,000
Total Transfer Tax: $1,500
Document Type: BS - BARGAIN AND SALE DEED
Recorder Location: pg 85,
Document Number: 2014100201648
First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY
Title Company: NONE AVAILABLE

### Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598

Buyer

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 134-05 86 RD, KEW GARDENS, NY 11418
Original Names: AVITSEDEK , ILAN, YANAY , SHARON

### Names

MS SHARON YANAY
Person ID: ████████9573

---

MR ILAN AVITSEDEK
████████####
Person ID: ████████0216

---

Seller
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598
Original Names: WARD , EILEEN A, COYLE , JEANNE M

### Names

MS EILEEN A WARD
████████####
Person ID: ████████4854

---

MS JEANNE M COYLE
████████###
Person ID: ████████76738

## Civil Court Records

NO RECORDS

## Notice of Defaults

NO RECORDS

## UCC Filings

NO RECORDS

## Corporate Affiliations

NO RECORDS

## Sexual Offenses

NO RECORDS

## Possible Student Information

Dates Reported: 09/22/2016 - 08/05/2019

## Possible Student Records

01/##/1972
█████████####
Dates Reported: 09/22/2016 - 08/05/2019
Address At College: 13405 86TH RD, JAMAICA, NY 11418-1902
Phone At College: ███████5718
Attended High School: Y - 1990
Years Since HS Graduation: 29 yrs

## Voter Registrations

NO RECORDS

## Professional Licenses

NO RECORDS

## Relatives

**Summary**
ILAN D AVITSEDEK (1st)
YARONA YANAY (1st)
PELEG YANNAY (1st)
RONIT YANAY (1st)

Person ID: ████████0216
Date Last Cohabitation: 06/2019
Confidence: 32%

### Aliases

ILAN D AVITSEDEK
01/##/1969 (50)
Person ID: ████████0216
██████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████████#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001

Valid

---

ILAN D TSEDEK
01/##/1969 (50)
Person ID: ████████0216
████ #### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

---

ILAN AVITRSEDEK
01/##/1969 (50)
Person ID: ████████0216
████### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

---

ILAN D AVITSEDEK
01/##/1969 (50)
Person ID: 000099120216
████## Issued Location: New York Issued Dates: 01/01/1977 - 12/31/1979 Valid

████-####
Issued Location: New York
Issued Dates: 01/01/1977 - 12/31/1979
Valid

---

ILAN D AVI
01/##/1969 (50)
Person ID: ████████0216
████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

---

ILAN AVI-TSEDEK
01/##/1969 (50)
Person ID: ████████0216

████ #### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████ ####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

ILAN DAVID AVITSEDEK
01/##/1969 (50)
Person ID: ████████ 0216
████ -#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████ -####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

ILAN D AVITSEDEK
07/##/1969 (50)
Person ID: ████████ 0216
████ -#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████ -####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

ILAN O AVITSEDEK
01/##/1969 (50)
Person ID: ████████ 0216
████ #### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████ ##
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

A ILAN
01/##/1969 (50)
Person ID: ████████ 0216
████ #### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████ ####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

**I TSEDEK**
01/##/1969 (50)
Person ID: ███████0216
███████ -#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

███████: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

**ILAN O AVI**
07/##/1969 (50)
Person ID: ███████0216
███████ -#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

███████####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

**ILAN D AVI TSEDEK**
01/##/1969 (50)
Person ID: ███████0216
███████ -#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

███████###
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

**ILAN O AVI TSEDEK**
07/##/1969 (50)
Person ID: ███████0216
███████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

███████###
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

**ILAN O AVITSEDEK**
07/##/1969 (50)
Person ID: ███████0216
███████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

073-88-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

---

ILAN D TSEDEK
07/##/1969 (50)
Person ID: ████████0216
████████ ### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

073-88-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

---

ILAN D AVI TSEDEK
01/##/1969 (50)
Person ID: ████████0216
████████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████████#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

---

ILAN O AVI TSEDEK
07/##/1969 (50)
Person ID: ████████0216
████████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████████### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

## Addresses

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Shared)
Dates Seen: 09/2014 - 05/2019

### Residents

ILAN D AVITSEDEK
01/##/1969 (50)
████████-#### Issued Location: New York Issued Dates: 09/02/1998 -
10/01/2001 Valid

███-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

**EILEEN A COYLE**
04/##/1931 (88)
███### Issued Location: New York Issued Dates: 01/01/1936 -
12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

███
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid
(High Risk Indicator) SSN belongs to a person reported as
deceased.

**PELEG YANNAY**
███#### Issued Location: New York Issued Dates: 03/30/1996 -
02/02/1998 Valid

███####
Issued Location: New York
Issued Dates: 03/30/1996 - 02/02/1998
Valid

**SHARON YANAY**
2/1972 (47)

## Phones

███-2900 (EDT)
Listing: CONTACT CONSTRUCTION INC
Published

███-5718 (EDT)
Listing: AVITSEDEK ILAN D
Published

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (Shared)
Dates Seen: 07/2003 - 04/2018

## Residents

YARONA YANAY
02/##/1972 (47)
███-#### Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

███ ####
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

SAAR EZRA

**Phones**

███-5718

1643 PACIFIC ST APT, BROOKLYN, NY 11213-1364 KINGS
Dates Seen: 01/2017 - 01/2018

327 AVENUE O APT O, BROOKLYN, NY 11230-6322 KINGS
Dates Seen: 11/1997 - 10/2011

401 E 83RD ST APT 5C, NEW YORK, NY 10028-6192 NEW YORK
Dates Seen: 2002 - 02/2005

**Residents**

ALEXANDER M CAUVEREN
11/##/1962 (56)
███## Issued Location: New York Issued Dates: 08/04/1998 - 09/01/2001 Valid

███-####
Issued Location: New York
Issued Dates: 08/04/1998 - 09/01/2001
Valid

JULIA R SCHNEIDERMAN

LEANDRO M ALONSO

327 AVENUE, BROOKLYN, NY 11234 KINGS
Dates Seen: 01/2003 - 01/2003

---

17240 COLLINS AVE APT 165, SUNNY ISLES BEACH, FL 33160-3409 MIAMI-DADE
Dates Seen: 08/2002 - 01/2003

---

306 E 89TH ST APT 1B, NEW YORK, NY 10128-5004 NEW YORK
Dates Seen: 10/1998 - 04/2002

---

1278 1ST AVE APT 8, NEW YORK, NY 10065-5625 NEW YORK
Dates Seen: 01/2001 - 01/2002

---

E 891B, NEW YORK, NY 10128 NEW YORK

---

Person ID: ██████5325
Date Last Cohabitation: 06/2019
Confidence: 21%

## Aliases

YARONA YANAY
02/##/1972 (47)
Person ID: ██████5325
████-#### Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

████-####
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

---

YARONA YANAY
02/##/1972 (47)
Person ID: ██████5325
████### Issued Location: New York Issued Dates: 01/01/1952 - 12/31/1954 Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

████-####
Issued Location: New York
Issued Dates: 01/01/1952 - 12/31/1954
Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

## Addresses

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (Shared)
Dates Seen: 11/2003 - 08/2007

### Residents

YARONA YANAY
02/##/1972 (47)
████████ #### Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

████████### 
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

SAAR EZRA

886 E 16TH ST APT 2, BROOKLYN, NY 11230-3002 KINGS (Shared)
Dates Seen: 12/1999 - 01/2005

### Residents

JOSEPH E ABRAMCZYK
07/##/1955 (64)
████-#### Issued Location: New York Issued Dates: 01/01/1988 - 12/31/1989 Valid

████████#### 
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1989
Valid

### Phones

(████████9498

1478 E 2ND ST APT, BROOKLYN, NY 11230-6302 KINGS
Dates Seen: 08/1997 - 12/2004

### Residents

MOSHE M ADI
7/1963 (56)
████-#### Issued Location: California Issued Dates: 01/01/1986 - 12/31/1986 Valid

███-####
Issued Location: California
Issued Dates: 01/01/1986 - 12/31/1986
Valid

AMY S ADI
11/##/1967 (51)
███ #### Issued Location: Georgia Issued Dates: 01/01/1985 - 12/31/1985
Valid

███ ####
Issued Location: Georgia
Issued Dates: 01/01/1985 - 12/31/1985
Valid

HANNAH R DAUM
07/##/1985 (34)
███ #### Issued Location: California Issued Dates: 01/01/1986 -
12/31/1987 Valid

███ ####
Issued Location: California
Issued Dates: 01/01/1986 - 12/31/1987
Valid

ISRAEL SUTTON
09/##/1982 (36)

GABRIEL HIBA

**Phones**

(███ 1507

1455 E 85TH ST APT 1, BROOKLYN, NY 11236-5129 KINGS
Dates Seen: 04/1996 - 01/2003

1473 E 94TH ST APT 2, BROOKLYN, NY 11236-5098 KINGS
Dates Seen: 11/1996 - 06/1997

**Residents**

IZHAK TIRI
09/##/1957 (61)
████████## Issued Location: New York Issued Dates: 01/01/1988 -
12/31/1990 Valid

████████### 
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1990
Valid

RONIT YANAY
7/1966 (53)
████████### Issued Location: New York Issued Dates: 01/01/1991 -
12/31/1993 Valid

████████### 
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

### Phones

(████████1507

---

Person ID: ████████7033
Date Last Cohabitation: 05/2019
Confidence: 5%

### Aliases

PELEG YANNAY
Person ID: ████████7033
████████-#### Issued Location: New York Issued Dates: 03/30/1996 - 02/02/1998 Valid

████████### 
Issued Location: New York
Issued Dates: 03/30/1996 - 02/02/1998
Valid

### Addresses

2222 BAY AVE APT 2, BROOKLYN, NY 11210-5137 KINGS
Dates Seen: 11/2000 - 11/2010

---

Person ID: ████████7724
Date Last Cohabitation: 08/2004
Confidence: 5%

## Aliases

RONIT YANAY
7/1966 (53)
Person ID: ████████7724
████-#### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

RONIT YANEY
Person ID: ████████7724
████-#### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████###
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

## Addresses

1473 E 94TH ST APT 2, BROOKLYN, NY 11236-5098 KINGS
Dates Seen: 01/1997 - 12/2011

### Residents

IZHAK TIRI
09/##/1957 (61)
████-#### Issued Location: New York Issued Dates: 01/01/1988 - 12/31/1990 Valid

████###
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1990
Valid

RONIT YANAY
7/1966 (53)
████-#### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████-####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

1473 E 94TH ST APT 1, BROOKLYN, NY 11236-5098 KINGS
Dates Seen: 01/1997 - 05/2011

### Residents

MARIA R GUZMAN
10/1971 (47)
██████-#### Issued Location: New York Issued Dates: 11/02/1999 -
10/01/2001 Valid

████████ ####
Issued Location: New York
Issued Dates: 11/02/1999 - 10/01/2001
Valid

MARIA REINOSO

LUIS A RODRIGUEZ

1455 E 85TH ST APT 1, BROOKLYN, NY 11236-5129 KINGS
Dates Seen: 02/1995 - 01/2004

1473 E 96TH ST 2, BROOKLYN, NY 11236-5003 KINGS
Dates Seen: 02/1995 - 10/1996

## Associates

NO RECORDS

## Neighbors

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Verified) Dates Seen: 10/2014 - 08/2019
Residents ILAN D AVITSEDEK 01/##/1969 (██) ██████-#### Issued Location: New York Issued
Dates: 09/02/1998 - 10/01/2001 Valid EILEEN A COYLE 04/##/1931 (██) 0███████ #### Issued
Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid (High Risk Indicator) SSN belongs
to a person reported as deceased. PELEG YANNAY ███████ #### Issued Location: New York Issued
Dates: 03/30/1996 - 02/02/1998 Valid SHARON YANAY 2/1972 (██) Phones (███████-2900 (EDT)
Listing: CONTACT CONSTRUCTION INC Published ████████-5718 (EDT) Listing: AVITSEDEK
ILAN D Published

### Neighbor Addresses

315 BARR AVE, WOODMERE, NY 11598-1103 NASSAU

Dates Seen: 07/2016 - 04/2019

## Residents

YAAKOV YOSEF NEWMAN
12/##/1987 (31)
Person ID: 0█████████2996

## Phones

████████-5705 (EDT)
Listing: NEWMAN SHOSHANA
Published

---

325 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 04/1996 - 06/2019

## Residents

MITCHELL WENIG
04/##/1961 (58)
Person ID: ████████8515
████████-#### Issued Location: New York Issued Dates: 01/01/1979 -
12/31/1981 Valid

████████████: New York
Issued Dates: 01/01/1979 - 12/31/1981
Valid

---

325 BARR AVE APT 1, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 01/1998 - 06/2019

## Residents

ROBERT H WENIG
10/##/1930 (88)
Person ID: ████████2123
████████-#### Issued Location: New York Issued Dates: 01/01/1936 -
12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

████████####
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid
(High Risk Indicator) SSN belongs to a person reported as
deceased.

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS Dates Seen: 11/2004 - 10/2016
Residents YARONA YANAY 02/##/1972 (██) ██████#### Issued Location: New Jersey Issued
Dates: 08/02/1994 - 02/01/1996 Valid SAAR EZRA Phones (██████-7909

### Neighbor Addresses

13404 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 01/2019 - 06/2019

### Residents

PREM PARKASH PREM PARKASH
06/##/1969 (50)
Person ID: ██████8489
██████#### Issued Location: Massachusetts Issued Dates: 09/02/1999 -
09/01/2001 Valid

██████#### 
Issued Location: Massachusetts
Issued Dates: 09/02/1999 - 09/01/2001
Valid

13406 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 12/1988 - 06/2019

### Residents

SAM TG YEE
12/##/1947 (71)
Person ID: ██████8406
██████-#### Issued Location: New York Issued Dates: 01/01/1963 -
12/31/1964 Valid

██████-#### 
Issued Location: New York
Issued Dates: 01/01/1963 - 12/31/1964
Valid

YVONNE E YEE
12/##/1947 (71)
Person ID: ██████6047
██████-#### Issued Location: New York Issued Dates: 01/01/1963 -
12/31/1964 Valid

██████#### 
Issued Location: New York

Issued Dates: 01/01/1963 - 12/31/1964
Valid

SAM YEE
01/##/1979 (40)
Person ID: ██████9797
██████ #### Issued Location: New York Issued Dates: 01/01/1980 -
12/31/1981 Valid

██████####
Issued Location: New York
Issued Dates: 01/01/1980 - 12/31/1981
Valid

## Phones

██████-5703

---

886 E 16TH ST APT 2, BROOKLYN, NY 11230-3002 KINGS Dates Seen: 09/2003 - 06/2005
Residents JOSEPH E ABRAMCZYK 07/##/1955 (██) ████████### Issued Location: New York Issued
Dates: 01/01/1988 - 12/31/1989 Valid

## Neighbor Addresses

886 E 16TH ST UNIT 1, BROOKLYN, NY 11230-3002 KINGS
Dates Seen: 2000 - 06/2019

### Residents

ALBERT L SALDINGER
08/##/1957 (62)
Person ID: ██████3392
██████ #### Issued Location: New York Issued Dates: 01/01/1971 -
12/31/1971 Valid

██████###
Issued Location: New York
Issued Dates: 01/01/1971 - 12/31/1971
Valid

### Phones

██████-3901 (EDT)
Listing: SALDINGER MIRIAM R
Published

---

886 E 16TH ST APT, BROOKLYN, NY 11230-3002 KINGS

Dates Seen: 03/2001 - 04/2019

## Residents

**JOSEPH E ABRAMCZYK**
07/##/1955 (64)
Person ID: ████1571
████████### Issued Location: New York Issued Dates: 01/01/1988 - 12/31/1989 Valid

████████#
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1989
Valid

## Phones

████-7589 (EDT)
Listing: ABRAMCZYK JOSEPH E
Published

████-3901 (EDT)
Listing: SALDINGER MIRIAM R
Published

886 E 16TH ST APT 88601, BROOKLYN, NY 11230-3002 KINGS
Dates Seen: 2000 - 03/2019

## Residents

**MIRIAM R SALDINGER**
04/##/1955 (64)
Person ID ████1806
████████# Issued Location: New York Issued Dates: 01/01/1971 - 12/31/1973 Valid

████████##
Issued Location: New York
Issued Dates: 01/01/1971 - 12/31/1973
Valid

**ALBERT L SALDINGER**
08/##/1957 (62)
Person ID: ████3392
████████### Issued Location: New York Issued Dates: 01/01/1971 - 12/31/1971 Valid

████ ####
Issued Location: New York
Issued Dates: 01/01/1971 - 12/31/1971
Valid

AHRON WEISSMAN
Person ID: ██████6646

### Phones

███████3901 (EDT)
Listing: SALDINGER MIRIAM R
Published

## Weapon Permits

NO RECORDS

## DEA Controlled Substance Licenses

NO RECORDS

## Historical Neighbors

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Verified) Dates Seen: 10/2014 - 08/2019
Residents ILAN D AVITSEDEK 01/##/1969 (50) ██████ #### Issued Location: New York Issued
Dates: 09/02/1998 - 10/01/2001 Valid EILEEN A COYLE 04/##/1931 ███████████████ Issued
Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid (High Risk Indicator) SSN belongs
to a person reported as deceased. PELEG YANNAY 1██████ #### Issued Location: New York Issued
Dates: 03/30/1996 - 02/02/1998 Valid SHARON YANAY 2/1972 (47) Phones (███████900 (EDT)
Listing: CONTACT CONSTRUCTION INC Published ████████5718 (EDT) Listing: AVITSEDEK
ILAN D Published

### Neighbor Addresses

319 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 10/2014 - 06/2019

#### Residents

MEITAL JOHANES ROSSO
Person ID: ██████2482

KFIR JOSEF
Person ID: ██████02698

322 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Dates Seen: 04/2009 - 06/2015

### Residents

CAROLYN DEUTSCH
Person ID: ████████9037

JEFFREY DEUTSCH
Person ID: ████████9688

315 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 09/2001 - 06/2019

### Residents

TRINA FAYGIE MERMELSTEIN
1/1974 (45)
Person ID: ████████853
████████ ### Issued Location: New Jersey Issued Dates: 01/01/1977 -
12/31/1978 Valid

████████##
Issued Location: New Jersey
Issued Dates: 01/01/1977 - 12/31/1978
Valid

DAVID MEISELS
Person ID: ████████7251

YAAKOV YOSEF NEWMAN
12/##/1987 (31)
Person ID: 0████████2996

SHOSHANA NEWMAN
09/##/1986 (32)
Person ID: ████████3917

ELLYN S GELLER
08/##/1941 (78)
Person ID: ████████5903
████████ ### Issued Location: Colorado Issued Dates: 01/01/1963 -
12/31/1963 Valid

█████████ #
Issued Location: Colorado
Issued Dates: 01/01/1963 - 12/31/1963
Valid

## STEWARD GELLER
Person ID: █████████ 8713

### Phones

(█████████ -5705 (EDT)
Listing: NEWMAN SHOSHANA
Published

█████████ -8570

886 E 16TH ST APT 2, BROOKLYN, NY 11230-3002 KINGS Dates Seen: 09/2003 - 06/2005
Residents JOSEPH E ABRAMCZYK 07/##/1955 (█████████ ## Issued Location: New York Issued
Dates: 01/01/1988 - 12/31/1989 Valid

### Neighbor Addresses

886 E 16TH ST UNIT 1, BROOKLYN, NY 11230-3002 KINGS
Dates Seen: 2000 - 06/2019

#### Residents

ALBERT L SALDINGER
08/##/1957 (62)
Person ID: █████████ 3392
█████████ # Issued Location: New York Issued Dates: 01/01/1971 -
12/31/1971 Valid

█████████ ###
Issued Location: New York
Issued Dates: 01/01/1971 - 12/31/1971
Valid

MIRIAM R SALDINGER
04/##/1955 (64)
Person ID: █████████ 1806
█████████ ### Issued Location: New York Issued Dates: 01/01/1971 -
12/31/1973 Valid

███████████## 
Issued Location: New York
Issued Dates: 01/01/1971 - 12/31/1973
Valid

## Phones

(███████-3901 (EDT)
Listing: SALDINGER MIRIAM R
Published

---

886 E 16TH ST APT, BROOKLYN, NY 11230-3002 KINGS
Dates Seen: 03/2001 - 04/2019

### Residents

JOSEPH E ABRAMCZYK
07/##/1955 (64)
Person ID: ███████1571
███████#### Issued Location: New York Issued Dates: 01/01/1988 -
12/31/1989 Valid

███████### 
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1989
Valid

---

OSNAT HASAN
Person ID: ███████5925

---

MORDECHAI ERIC
Person ID: ███████3602
███████### Issued Location: New York Issued Dates: 08/01/1995 -
05/01/1997 Valid

███████-#### 
Issued Location: New York
Issued Dates: 08/01/1995 - 05/01/1997
Valid

---

TZUBURG OFER
1966 (53)
Person ID: ███████3675
███████## Issued Location: New York Issued Dates: 05/03/1994 -
11/30/1995 Valid

██████## 
Issued Location: New York
Issued Dates: 05/03/1994 - 11/30/1995
Valid

## Phones

██████7589 (EDT)
Listing: ABRAMCZYK JOSEPH E
Published

(██████-3901 (EDT)
Listing: SALDINGER MIRIAM R
Published

886 E 16TH ST APT 90, BROOKLYN, NY 11230-3002 KINGS
Dates Seen: 2005 - 2007

### Residents

GOLDIE ABRAMCZYK
Person ID: ██████9567

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS Dates Seen: 11/2004 - 10/2016
Residents YARONA YANAY 02/##/1972 (47) ██████## Issued Location: New Jersey Issued
Dates: 08/02/1994 - 02/01/1996 Valid SAAR EZRA Phones (██████-7909

### Neighbor Addresses

13404 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 05/1999 - 08/2016

### Residents

LOLA LAL SINGH
Person ID: ██████8789
██████-#### Issued Location: California Issued Dates: 01/01/1990 -
12/31/1990 Valid

████████
Issued Location: California
Issued Dates: 01/01/1990 - 12/31/1990
Valid

MANSIT K SORONSEN

Person ID: ▮▮▮▮▮2003
▮▮▮▮▮### Issued Location: Utah Issued Dates: 01/02/1995 - 07/03/1995
Valid

---

▮▮▮▮▮##
Issued Location: Utah
Issued Dates: 01/02/1995 - 07/03/1995
Valid

---

AMIT SINGH
Person ▮▮▮▮▮▮▮

---

VISHAL SEHGAL
05/##/1973 (46)
Person ID: ▮▮▮▮▮1658
▮▮▮▮▮### Issued Location: Pennsylvania Issued Dates: 10/02/1999 -
10/01/2002 Valid

---

▮▮▮▮▮###
Issued Location: Pennsylvania
Issued Dates: 10/02/1999 - 10/01/2002
Valid

---

SHAMIM A SEHGAL
08/##/1984 (35)
Person ID: ▮▮▮▮▮4485

---

BALBIR SINGH
02/##/1953 (66)
Person ID: ▮▮▮▮▮4841
▮▮▮▮▮### Issued Location: New York Issued Dates: 10/02/1993 -
05/01/1995 Valid

---

▮▮▮▮▮#
Issued Location: New York
Issued Dates: 10/02/1993 - 05/01/1995
Valid

---

13404B 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 02/2001 - 08/2005

### Residents

BALBIR SINGH
02/##/1953 (66)

Person ID: ████████4841
████████## Issued Location: New York Issued Dates: 10/02/1993 - 05/01/1995 Valid

████████###
Issued Location: New York
Issued Dates: 10/02/1993 - 05/01/1995
Valid

---

13406 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 12/1988 - 06/2019

## Residents

SAM TG YEE
12/##/1947 (71)
Person ID: ████████406
████████-#### Issued Location: New York Issued Dates: 01/01/1963 - 12/31/1964 Valid

████████####
Issued Location: New York
Issued Dates: 01/01/1963 - 12/31/1964
Valid

---

YVONNE E YEE
12/##/1947 (71)
Person ID: ████████6047
████████## Issued Location: New York Issued Dates: 01/01/1963 - 12/31/1964 Valid

████████###
Issued Location: New York
Issued Dates: 01/01/1963 - 12/31/1964
Valid

---

SAM YEE
01/##/1979 (40)
Person ID: ████████9797
████████-#### Issued Location: New York Issued Dates: 01/01/1980 - 12/31/1981 Valid

████████-####
Issued Location: New York
Issued Dates: 01/01/1980 - 12/31/1981
Valid

ERIC YEE
09/##/1976 (42)
Person ID: ███████8139
████████## Issued Location: New York Issued Dates: 01/01/1977 -
12/31/1979 Valid

████████## 
Issued Location: New York
Issued Dates: 01/01/1977 - 12/31/1979
Valid

LOUISE M NG
09/##/1950 (68)
Person ID: ███████4897
████████#### Issued Location: New York Issued Dates: 01/01/1963 -
12/31/1964 Valid

████████#### 
Issued Location: New York
Issued Dates: 01/01/1963 - 12/31/1964
Valid

**Phones**

█████████-5703

# FAA Certifications

NO RECORDS

# Hunting & Fishing Licenses

NO RECORDS

# Firearms & Explosives

NO RECORDS

# Aircrafts

NO RECORDS

# Watercrafts

NO RECORDS

## Accidents

NO RECORDS