# Exhibit D

# COMPREHENSIVE REPORT
**MR DAVID COHAN**

## SEARCH CRITERIA
Person ID: ████████6030
Reference Code:
Date: 08/22/2019
Report Processed By: Confidential Research Co.

## GLBA/DPPA PERMITTED PURPOSES
Your GLBA Permissible Use: Fraud Prevention or Detection
Your DPPA Permissible Use: Licensed Private Investigative or Security Services

## SEARCH RESULTS SUMMARY

## Subject Information (Best Information for Subject)

Name: MR DAVID COHAN
SSN: ████-####
DOB: 01/##/1969 (Age 50)
Gender: Male
Person ID: ████████6030

## Indicators

Property: Yes
Corporate Affiliation: Yes
Deceased: No

## Associated Addresses

2567 ATLANTIC AVE APT 1F, BROOKLYN, NY 11207-2412 KINGS (Mar 2010 - Jun 2019)
1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS (Jan 2011 - Aug 2019)
717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX (Jan 2006 - Aug 2019)
15626 86TH ST, HOWARD BEACH, NY 11414-2621 QUEENS (Feb 2007 - Sep 2018)
1389 SAINT MARKS AVE APT, BROOKLYN, NY 11233-4407 KINGS (May 2017 - May 2017)
981 SAINT JOHNS PL APT, BROOKLYN, NY 11213-2515 KINGS (Jan 2011 - Feb 2017)
17 ADLER PL APT, BROOKLYN, NY 11208-1601 KINGS (Oct 2016 - Oct 2016)
90 VANDERVEER ST APT, BROOKLYN, NY 11207-1713 KINGS (Jul 2016 - Jul 2016)
3342 ATLANTIC AVE APT 1, BROOKLYN, NY 11208-2026 KINGS (May

## Record Counts

Aliases 3
Imposters 0
Addresses 14
Phone Records 6
Criminal Records 0
Sexual Offenses 0
Civil Court Records 0
Motor Vehicle Registrations 3
Florida Accidents 0
Weapon Permits 0
DEA Controlled Substance Licenses 0
Firearms/Explosives Licenses 0
People at Work 1
Corporate Affiliations 1
Professional Licenses 0
Student Information 2
FAA Certifications 0
Aircraft Registrations 0
Watercraft Records 0
Voter Registrations 1
Hunting/Fishing Licenses 0
Bankruptcies 0
Liens and Judgments 0
UCC Filings 1
Foreclosures 0
Notices of Defaults 0
Property Records 18
Associates 0
Relatives 0

2014 - Feb 2016)
2049 ATLANTIC AVE APT, BROOKLYN, NY 11233-6014 KINGS (Jan 2012 - Sep 2015)
703 PUTNAM AVE APT, BROOKLYN, NY 11221-1615 KINGS (Jan 2010 - May 2015)
194 GRANT AVE, BROOKLYN, NY 11208-1809 KINGS (Feb 2011 - Feb 2011)
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (May 2003 - Nov 2010)
20815 LINDEN BLVD, CAMBRIA HEIGHTS, NY 11411-1527 QUEENS (May 2001 - May 2001)

Neighbors 4
Historical Neighbors 4

## Associated Phone Numbers Summary



( ████-6543 (EDT) (Phones Plus) (DAVID COHAN )
( ████-4468 (EDT) (Phones Plus) (DAVID COHAN )
( ████-4468 (EDT) (Phones Plus) (DAVID COHAN )
( ████-5088 (EDT) (Phones Plus) (DAVID COHAN )
( ████-5088 (EDT) (Phones Plus) (DAVID COHEN )
( ████-5088 (EDT) (Old Phone)

## Criminal Records Summary

NONE FOUND

## Vehicle Summary

1999 Toyota Camry - ████████1009 - ███582 (NY)
1994 Toyota Camry - ████████0674 - ███582 (NY)
1996 Chrysler Concorde - ████████2230 - ███582 (NY)

## People at Work Summary

3Q3 Q INC. (Jul 2017 - Apr 2019)

## Drivers Licenses

NONE FOUND

## Bankruptcy Record(s) found:

NONE FOUND

## SEARCH RESULTS

## Names Associated With Subject:

DAVID COHAN (Male) 01/##/1969 (50) Person ID: ██████6030

████ #### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
Is Current Name:
Is Correct DOB:
Matches Subject: Yes

DAVID COHEN 01/##/1969 (50) Person ID: ████████6030
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
Is Correct DOB:
Matches Subject: Yes

DAVID COHAN 01/##/1969 (50) Person ID: ████████6030
████ -#### issued in New York between 12/02/1997 and 01/03/2001 Valid: yes
████ ### issued in New York between 12/02/1997 and 01/03/2001 Valid: yes
Is Current Name:
Is Correct DOB:
Matches Subject: Close

## Others Associated With Subjects SSN:

[None Found]

## Addresses:
[14 Found]

2567 ATLANTIC AVE APT 1F, BROOKLYN, NY 11207-2412 KINGS (Mar 2010 - Jun 2019)
**Name Associated with Address**
MR DAVID COHAN
**Current Residents at Address**
DAVID COHAN 01/##/1969 (50)
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
**Phones**
(████ -5088
**Census Data**
Average Age: 36
Average Home Value: $61,739
Average Home Value: $239,706
Average Education: 10

1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS (Jan 2011 - Aug 2019)
**Name Associated with Address**
MR DAVID COHAN
**Current Residents at Address**
DAVID COHAN 01/##/1969 (50)
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
████ -#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
**Census Data**
Average Age: 35
Average Home Value: $61,497

Average Home Value: $454,762
Average Education: 11

717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX (Jan 2006 - Aug 2019)
**Name Associated with Address**
MR DAVID COHAN
**Current Residents at Address**
JASODA PRASHAD 05/##/1962 (57)
███-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes
███#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

DAVID COHAN 01/##/1969 (50)
███-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
███-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
**Census Data**
Average Age: 35
Average Home Value: $61,765
Average Home Value: $326,190
Average Education: 12

15626 86TH ST, HOWARD BEACH, NY 11414-2621 QUEENS (Feb 2007 - Sep 2018)
**Name Associated with Address**
MR DAVID COHEN
**Current Residents at Address**
RUBINA LEGHARI 08/##/1958 (60)
███-#### issued in New York between 07/02/2010 and 12/31/2099 Valid: yes
███-#### issued in New York between 07/02/2010 and 12/31/2099 Valid: yes

EDWARD A TRIFELETTI 09/##/1922 (96)
███-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
███-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

MICHAEL L VULPIS 16 (103)
███-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
███-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
**Properties**
Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
State Code: NY
County: QUEENS
Parcel ID: 13950-0016
Owner Occupied: Y
Land Use: SINGLE FAMILY RESIDENTIAL
Assessed Total Value: $35,943
Assessed Improvement Value: $27,615

Market Land Value: $155,000
Market Improvement Value: $514,000
Market Total Value: $669,000
Market Value Year: 2018
Assessed Value Year: 2018
Tax Year: 2018
Tax Amount: $7,518.92
Land Square Footage:
Year Built: 1960
No of Stories: 1
Garage Type: GARAGE
**Legal Info**
Lot Number: 16
## Entities
15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Property
Original Address: 15626 86TH ST, JAMAICA, NY 11414

15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Assessee
Original Address: 15626 86TH ST, JAMAICA, NY 11414
**Names**
First: DAVID
Last: COHEN
Prefix: MR
**Original Names**
COHEN, DAVID
## Census Data
Average Age: 39
Average Home Value: $71,289
Average Home Value: $654,110
Average Education: 13

1389 SAINT MARKS AVE APT, BROOKLYN, NY 11233-4407 KINGS (May 2017 - May 2017)
## Name Associated with Address
MR DAVID COHEN
## Current Residents at Address
SHANNON LUKE AUSTIN 08/##/1940 (79)
█████-#### issued in New York between 01/01/1987 and 12/31/1988 Valid: yes
█████-#### issued in New York between 01/01/1987 and 12/31/1988 Valid: yes

GLORIA Y ROSE 09/##/1947 (71)
█████-#### issued in New York between 01/01/1963 and 12/31/1965 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
█████-#### issued in New York between 01/01/1963 and 12/31/1965 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

JORDANA MARIA HERNANDEZ 03/##/1989 (30)
█████-#### issued in New York between 01/01/1990 and 12/31/1992 Valid: yes
█████-#### issued in New York between 01/01/1990 and 12/31/1992 Valid: yes

SELYNA B SUECHEE

███-#### issued in New York between 11/02/1996 and 10/01/1998 Valid: yes

███-#### issued in New York between 11/02/1996 and 10/01/1998 Valid: yes

ILAN AVITSEDEK

KEITH WATKINS

**Census Data**

Average Age: 35

Average Home Value: $61,497

Average Home Value: $454,762

Average Education: 11

981 SAINT JOHNS PL APT, BROOKLYN, NY 11213-2515 KINGS (Jan 2011 - Feb 2017)

**Name Associated with Address**

MR DAVID COHEN

**Current Residents at Address**

VERNEY G SEALEY 09/##/1931 (87)

███-#### issued in Florida between 01/01/1956 and 12/31/1957 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

███-#### issued in Florida between 01/01/1956 and 12/31/1957 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

JESSE L SHEPHERD 05/##/1976 (43)

███-#### issued in New Jersey between 01/01/1977 and 12/31/1978 Valid: yes

███#### issued in New Jersey between 01/01/1977 and 12/31/1978 Valid: yes

EDWIN RAMIREZ JR 03/##/1990 (29)

███-#### issued in New York between 01/01/1990 and 12/31/1991 Valid: yes

███-#### issued in New York between 01/01/1990 and 12/31/1991 Valid: yes

CHENEZZA R GRAHAM 09/##/1990 (28)

███-#### issued in New York between 01/01/1992 and 08/02/1993 Valid: yes

███-#### issued in New York between 01/01/1992 and 08/02/1993 Valid: yes

DAVID CONAN

SAVERIO PESCUCCI 09/##/1991 (27)

███-#### Valid: yes (High Risk Indicator) SSN potentially randomly issued by the SSA.

███-#### Valid: yes (High Risk Indicator) SSN potentially randomly issued by the SSA.

EDWIN RAMIREZ

ILAN AVITSEDEK

**Census Data**

Average Age: 45

Average Home Value: $45,809

Average Home Value: $656,863

Average Education: 13

17 ADLER PL APT, BROOKLYN, NY 11208-1601 KINGS (Oct 2016 - Oct 2016)
**Name Associated with Address**
MR DAVID COHEN
**Current Residents at Address**
PAUL THEODORE HARRISON 05/##/1951 (68)
██████-#### issued in New York between 01/01/1967 and 12/31/1968 Valid: yes
██████-#### issued in New York between 01/01/1967 and 12/31/1968 Valid: yes

ROSILAND RENEE MATTHEWS 08/##/1965 (53)
██████#### issued in Missouri between 01/01/1972 and 12/31/1973 Valid: yes (High Risk
Indicator) SSN matches bankruptcy file.
██████-#### issued in Missouri between 01/01/1972 and 12/31/1973 Valid: yes
(High Risk Indicator) SSN matches bankruptcy file.

SUSAN C SIRIGNANO 06/##/1964 (55)
██████-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes
██████-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes

CARL TISDALE

MICHAEL L MULLANE 04/##/1929 (90)
██████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk
Indicator) SSN belongs to a person reported as deceased.
██████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes
(High Risk Indicator) SSN belongs to a person reported as deceased.

WILLIAM A SIRIGNANAO 08/##/1999 (19)
██████-#### issued in New York between 10/02/2001 and 09/01/2002 Valid: yes
██████-#### issued in New York between 10/02/2001 and 09/01/2002 Valid: yes

TIMM S SIRIGNANO

WILLIE MOOREHEAD-BEY
**Census Data**
Average Age: 37
Average Home Value: $40,948
Average Home Value: $450,000
Average Education: 11

90 VANDERVEER ST APT, BROOKLYN, NY 11207-1713 KINGS (Jul 2016 - Jul 2016)
**Name Associated with Address**
MR DAVID COHEN
**Census Data**
Average Age: 27
Average Home Value: $54,779
Average Home Value: $401,587
Average Education: 12

3342 ATLANTIC AVE APT 1, BROOKLYN, NY 11208-2026 KINGS (May 2014 - Feb 2016)
**Name Associated with Address**
MR DAVID COHAN

**Properties**

    Data Source: B

    Record Type: A

    Record Type Desc: Assessed

    **Assessment**

        State Code: NY

        County: KINGS

        Parcel ID: 04162-0010

        Owner Occupied: Y

        Land Use: TRIPLEX (3 UNITS, ANY COMBINATION)

        Assessed Total Value: $11,370

        Assessed Improvement Value: $3,929

        Market Land Value: $250,000

        Market Improvement Value: $132,000

        Market Total Value: $382,000

        Market Value Year: 2015

        Assessed Value Year: 2015

        Land Square Footage:

        Year Built: 1910

        No of Stories: 2

        **Legal Info**

            Lot Number: 10

    **Entities**

        3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS

        Entity Type: Property

        Original Address: 3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026

        3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS

        Entity Type: Assessee

        Original Address: 3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026

        **Names**

            First: DAVID

            Last: COHAN

            Prefix: MR

        **Original Names**

            COHAN, DAVID

**Census Data**

    Average Age: 31

    Average Home Value: $52,627

    Average Home Value: $376,667

    Average Education: 11

2049 ATLANTIC AVE APT, BROOKLYN, NY 11233-6014 KINGS (Jan 2012 - Sep 2015)

**Name Associated with Address**

    MR DAVID COHAN

**Properties**

    Data Source: B

    Record Type: A

    Record Type Desc: Assessed

    **Assessment**

        State Code: NY

County: KINGS
Parcel ID: 01565-0044
Land Use: TRIPLEX (3 UNITS, ANY COMBINATION)
Assessed Total Value: $9,552
Assessed Improvement Value: $4,613
Market Land Value: $151,000
Market Improvement Value: $141,000
Market Total Value: $292,000
Market Value Year: 2015
Assessed Value Year: 2015
Land Square Footage:
Year Built: 1899
No of Stories: 3

**Legal Info**

Lot Number: 44

## Entities

2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014 KINGS
Entity Type: Property
Original Address: 2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014

1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS
Entity Type: Assessee
Original Address: 1909 PACIFIC ST, BROOKLYN, NY 11233-3509

**Names**

First: DAVID
Last: COHAN
Prefix: MR

**Original Names**

COHAN, DAVID

## Census Data

Average Age: 34
Average Home Value: $38,877
Average Home Value: $593,750
Average Education: 11

703 PUTNAM AVE APT, BROOKLYN, NY 11221-1615 KINGS (Jan 2010 - May 2015)

## Name Associated with Address

MR DAVID COHEN

## Current Residents at Address

HAGAN LELAND HINSHAW 02/##/1985 (34)
█████-#### issued in Texas between 01/01/1990 and 12/31/1990 Valid: yes
████-#### issued in Texas between 01/01/1990 and 12/31/1990 Valid: yes

## Properties

Data Source: A
Record Type: A
Record Type Desc: Assessed

**Assessment**

State Code: NY
County: KINGS
Parcel ID: 01645-0050
Recording Date: 03/07/2011

Prior Recording Date: 06/11/2007
Land Use: SFR
Sale Date: 01/26/2011
Sales Price: 10000
Assessed Total Value: $17,251
Assessed Improvement Value: $6,513
Market Land Value: $371,000
Market Improvement Value: $225,000
Market Total Value: $596,000
Tax Year: 2014
Tax Amount: $3,305
Land Square Footage:
No of Stories: 2

**Legal Info**
>Lot Number: 50

## Entities

703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
Entity Type: Property
Original Address: 703 PUTNAM AVE, BROOKLYN, NY 11221-1615


703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
Entity Type: Assessee
Original Address: 703 PUTNAM AVE, BROOKLYN, NY 11221-1615

**Names**
>First: DAVID
>Last: COHEN
>Prefix: MR

**Original Names**
>COHEN DAVID


Entity Type: Seller

**Names**
>First: TYNISHA
>Last: RODRIGUEZ

**Original Names**
>RODRIGUEZ TYNISHA

## Census Data

Average Age: 38
Average Home Value: $61,813
Average Home Value: $804,487
Average Education: 13


194 GRANT AVE, BROOKLYN, NY 11208-1809 KINGS (Feb 2011 - Feb 2011)

**Name Associated with Address**
>MR DAVID COHEN

**Current Residents at Address**
>SHARON R BAILEY 08/##/1953 (66)
>>█████-#### issued in New York between 01/01/1967 and 12/31/1969 Valid: yes
>>█████-#### issued in New York between 01/01/1967 and 12/31/1969 Valid: yes


>TOYA R GILLIANS 03/##/1975 (44)

██████ -#### issued in New York between 01/01/1976 and 12/31/1977 Valid: yes
██████ -#### issued in New York between 01/01/1976 and 12/31/1977 Valid: yes

DIANE L OWENS 11/##/1956 (62)
██████ #### issued in New York between 01/01/1970 and 12/31/1971 Valid: yes
██████ -#### issued in New York between 01/01/1970 and 12/31/1971 Valid: yes

CHARLINE M KELLY 11/##/1982 (36)
██████ -#### issued in New York between 01/01/1983 and 12/31/1985 Valid: yes
██████ -#### issued in New York between 01/01/1983 and 12/31/1985 Valid: yes

JESSICA CHANDLER 11/##/1984 (34)
██████ -#### issued in New York between 01/01/1985 and 12/31/1987 Valid: yes
██████ -#### issued in New York between 01/01/1985 and 12/31/1987 Valid: yes

ROSE MARIE RAMOS 11/##/1983 (35)
██████ -#### issued in New York between 01/01/1984 and 12/31/1986 Valid: yes
██████ -#### issued in New York between 01/01/1984 and 12/31/1986 Valid: yes

**Census Data**
Average Age: 34
Average Home Value: $56,917
Average Home Value: $563,889
Average Education: 11

**13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (May 2003 - Nov 2010)**
**Name Associated with Address**
MR DAVID COHEN
**Current Residents at Address**
YARONA YANAY 02/##/1972 (47)
██████ -#### issued in New Jersey between 08/02/1994 and 02/01/1996 Valid: yes
██████ -#### issued in New Jersey between 08/02/1994 and 02/01/1996 Valid: yes

SAAR EZAR 02/##/1972 (47)
██████ #### issued in New York between 12/02/2005 and 01/02/2008 Valid: yes
██████ -#### issued in New York between 12/02/2005 and 01/02/2008 Valid: yes

**Census Data**
Average Age: 36
Average Home Value: $70,657
Average Home Value: $233,333
Average Education: 13

20815 LINDEN BLVD, CAMBRIA HEIGHTS, NY 11411-1527 QUEENS (May 2001 - May 2001)
**Name Associated with Address**
MR DAVID COHAN
**Census Data**
Average Age: 39
Average Home Value: $90,566
Average Home Value: $386,538
Average Education: 13

**Phones:**

[6 Found]

DAVID COHAN
3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026
(████████-6543 (EDT)
Listed Name: DAVID COHAN
Listing Types: C
Phone Type: Mobile
Carrier Name: OMNIPOINT COMM NY - NEW YORK CITY ZONE 05, NY

DAVID COHAN
1909 PACIFIC ST APT 1L, BROOKLYN, NY 11233-3509
████████-4468 (EDT)
Listing Types: C
Phone Type: Mobile
Carrier Name: METRO PCS, INC. - QUEENS (NWYRCYZN08), NY

DAVID COHAN
981 SAINT JOHNS PL, BROOKLYN, NY 11213-2515
████████-4468 (EDT)
Listing Types: C
Phone Type: Mobile
Carrier Name: METRO PCS, INC. - QUEENS (NWYRCYZN08), NY

DAVID COHAN
2567 ATLANTIC AVE FL 1, BROOKLYN, NY 11207-2412
████████-5088 (EDT)
Listed Name: DAVID COHAN
Listing Types: C
Phone Type: Mobile
Carrier Name: SPRINT SPECTRUM LP - NEW YORK CITY, NY

DAVID COHEN
717 E 223APT1, BRONX, NY 10466
████████-5088 (EDT)
Listing Types: C
Phone Type: Mobile
Carrier Name: SPRINT SPECTRUM LP - NEW YORK CITY, NY

Phone: (████████-5088 (EDT)

## Possible Criminal Records:

[None Found]

## Sexual Offenses:

[None Found]

## Civil Court Records:

[None Found]

## Motor Vehicles Registered:
[3 Found]

### 1999 Toyota
Camry - Sedan 4 Door

Registrant: DAVID COHAN (Male)
VIN: █████████1009
Tag Number: NY - ███582
Source: Governmental



Non DMV Source: No
### Vehicle Info
VIN: █████████1009
Year Make: 1999
Series: CE/LE/XLE
Make: Toyota
Model: Camry
Type: PASSENGER CAR/LIGHT TRUCK
Style: Sedan 4 Door
State of Origin: NY
### Vina Data
Year: 99
Series: UEX
Series Name: CAMRY CE/LE/XLE
Air Conditioning: Optional
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Tilt Wheel: Standard
Roof: None / not available
Transmission: E
Anti Lock Brakes: 4 wheel optional
Front Wheel Drive: Yes
Four Wheel Drive: No
Security System: Unknown

Daytime Running Lights: Optional
Number of Cylinders: 4
Engine Size: 132
Price: 17038

**Registrants**

History Description: HISTORICAL

**Registrant Info**

DAVID COHAN (Male)
01/##/1969 (50)
Possible SSN: ████-####
Person ID: ████6030
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

**Registration Info**

Tag Number: ████582
License State: NY
Earliest Registration Date: 08/17/2004
Earliest Effective Date: 08/17/2004
Latest Effective Date: 04/05/2005
Expiration Date: 05/07/2007
License Plate: ████582
License Plate Type Code: PRV
License Plate Type: Private
Previous Tag Number: ████582
Previous Tag State: NY

**Owners**

History Description: HISTORICAL

**Owner Info**

DAVID COHAN (Male)
01/##/1969 (50)
Possible SSN: ████-####
Person ID: ████6030
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

**Title Info**

Earliest Issue Date: 09/21/2004
Latest Issue Date: 09/21/2004

**1994 Toyota**

Camry - Sedan 4 Door

Registrant: DAVID COHAN (Male)
VIN: ████0674
Tag Number: NY - ████582
Source: Governmental



Non DMV Source: No

**Vehicle Info**

    VIN: ██████████0674

    Year Make: 1994

    Series: LE

    Make: Toyota

    Model: Camry

    Type: PASSENGER CAR/LIGHT TRUCK

    Style: Sedan 4 Door

    State of Origin: NY

**Vina Data**

    Year: 94

    Series: CLE

    Series Name: CAMRY LE

    Air Conditioning: Standard

    Power Steering: Standard

    Power Brakes: Standard

    Power Windows: Standard

    Tilt Wheel: Standard

    Roof: None / not available

    Transmission: D

    Anti Lock Brakes: ABS optional, wheels unknown

    Front Wheel Drive: Yes

    Four Wheel Drive: No

    Security System: Unknown

    Daytime Running Lights: Not available

    Number of Cylinders: 6

    Engine Size: 183

    Price: 21508

**Registrants**

    History Description: HISTORICAL

    **Registrant Info**

        DAVID COHAN (Male)

        01/##/1969 (50)

        Possible SSN: ██████-####

        Person ID: ██████6030

        13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

    **Registration Info**

Tag Number: ▮▮582
License State: NY
Earliest Registration Date: 02/10/2003
Earliest Effective Date: 05/14/2003
Latest Effective Date: 05/14/2003
Expiration Date: 05/07/2005
License Plate: ▮▮582
License Plate Type Code: PRV
License Plate Type: Private
Previous Tag Number: ▮▮582
Previous Tag State: NY

## 1996 Chrysler

Concorde - Sedan 4 Door

Registrant: DAVID COHAN (Male)
VIN: ▮▮▮▮▮▮▮▮2230
Tag Number: NY - ▮▮582
Source: Governmental



Non DMV Source: No
### Vehicle Info
VIN: ▮▮▮▮▮▮▮▮2230
Year Make: 1996
Series: LX
Make: Chrysler
Model: Concorde
Type: PASSENGER CAR/LIGHT TRUCK
Style: Sedan 4 Door
State of Origin: NY
### Vina Data
Year: 96
Series: CXL
Series Name: CONCORDE LX
Air Conditioning: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard

Tilt Wheel: Standard
Roof: None / not available
Transmission: I
Anti Lock Brakes: 4 wheel standard
Front Wheel Drive: Yes
Four Wheel Drive: No
Security System: Anti-theft device
Daytime Running Lights: Not available
Number of Cylinders: 6
Engine Size: 201
Price: 19445

# Registrants

History Description: HISTORICAL

### Registrant Info

DAVID COHAN (Male)
01/##/1969 (50)
Possible SSN: ██████-####
Person ID: ██████6030
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

### Registration Info

Tag Number: ██████582
License State: NY
Earliest Registration Date: 07/30/2003
Earliest Effective Date: 07/30/2003
Latest Effective Date: 07/30/2003
Expiration Date: 05/07/2005
License Plate: ██████582
License Plate Type Code: PRV
License Plate Type: Private
Previous Tag Number: Y9X369
Previous Tag State: NY

# Owners

History Description: CURRENT

### Owner Info

DAVID COHAN (Male)
01/##/1969 (50)
Possible SSN: ██████-####
Person ID: ██████6030
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

### Title Info

Earliest Issue Date: 09/03/2003
Latest Issue Date: 09/03/2003


# Florida Accidents:

[None Found]


# Concealed Weapons Permit:

[None Found]

## DEA Controlled Substances:
[None Found]


## Firearms/Explosives:
[None Found]


## People at Work:
[1 Found]

3Q3 Q INC.
DAVID COHAN
████-####
Person ID: ████6030
Business ID: ████5707
Confidence Level: 2
Dates: (Jul 25, 2017 - Apr 22, 2019)


## Corporate Affiliations:
[1 Found]

MR DAVID COHAN (Male)
Company Name: 3Q3 Q INC.
State: NY
Corporation Number: 5171436
Status: ACTIVE
Status Description: ACTIVE
Filing Date: 07/18/2017
Record Date: 07/31/2019
Record Type: CURRENT
Business ID: ████5707


## Professional Licenses:
[None Found]


## Student Information:


## FAA Certifications:
[None Found]


## FAA Aircrafts:
[None Found]

## Watercraft:

[None Found]


## Voter Registration:

[1 Found]

MR DAVID COHAN (Male)
01/##/1969
████-####
Person ID: ██████6030
2567 ATLANTIC AVE FL 1, BROOKLYN, NY 11207-2412 KINGS
Registration Date: 12/30/2010
Political Party: NONE DECLARED
Active Or Inactive: ACTIVE
Active Or Inactive Flag: A
Registrate State: NY
Registrate State Name: New York


## Hunting/Fishing Permit:

[None Found]


## Bankruptcies:

[None Found]


## Liens and Judgments:

[None Found]


## UCC Filings:

[1 Found]

TMS ID: ████████████8333
Filing Jurisdiction: NYC
Filing Jurisdiction Name: NEW YORK CITY, NEW YORK
Origin Filing Number: 2017000108333
Origin Filing Type: INITIAL UCC1
Origin Filing Date: 03/21/2017
**Debtors**
    Origin Name: COHAN, DAVID
    Addresses:
    1909 PACIFIC ST BROOKLYN, NY 11233, BROOKLYN, NY 11233-3509
    **Parties**
        MR DAVID COHAN
        ████-####
        Person ID: ██████6030

**searchTypes.COMPR01.results.businessIdsTitle**

Origin Name: CAMERON, CHARLES
Addresses:
162 NORWOOD AVE BROOKLYN, NY 11208, BROOKLYN, NY 11208-1327
**Parties**
    MR CHARLES CAMERON
    ██████-####
    Person ID: ██████2265
    **searchTypes.COMPR01.results.businessIdsTitle**
**Secureds**
Origin Name: SUNRISE CONSTRUCTION INC
Addresses:
PO BOX 377 EAST ROCKAWAY, NY 11518, EAST ROCKAWAY, NY 11518-0377
**Parties**
    Business ID: ██████1369
    **searchTypes.COMPR01.results.businessIdsTitle**
        searchTypes.COMPR01.results.POWID.label 119508281180
        searchTypes.COMPR01.results.proxID.label 119508281180
        searchTypes.COMPR01.results.seleID.label 119508281180
        searchTypes.COMPR01.results.orgID.label 119508281180
        searchTypes.COMPR01.results.ultID.label 119508281180
**Collateral**
Description: 03/21/2017 2017000108333 - FIXTURE FILING
**Filings**
Number: 2017000108333

## Foreclosures:

[None Found]

## Notices of Defaults:

[None Found]

## Possible Properties Owned:

[18 Found]

Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
    State Code: NY
    County: QUEENS
    Parcel ID: 13950-0016
    Owner Occupied: Y
    Land Use: SINGLE FAMILY RESIDENTIAL
    Assessed Total Value: $35,943
    Assessed Improvement Value: $27,615
    Market Land Value: $155,000

Market Improvement Value: $514,000
Market Total Value: $669,000
Market Value Year: 2018
Assessed Value Year: 2018
Tax Year: 2018
Tax Amount: $7,518.92
Land Square Footage:
Year Built: 1960
No of Stories: 1
Garage Type: GARAGE
**Legal Info**
> Lot Number: 16

**Entities**
15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Property
Original Address: 15626 86TH ST, JAMAICA, NY 11414

15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Assessee
Original Address: 15626 86TH ST, JAMAICA, NY 11414
**Names**
> First: DAVID
> Last: COHEN
> Prefix: MR

**Original Names**
> COHEN, DAVID

Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
State Code: NY
County: BRONX
Parcel ID: 03055-0124
Land Use: MISCELLANEOUS (GENERAL)
Assessed Total Value: $2,145
Assessed Improvement Value: $445
Market Land Value: $42,000
Market Improvement Value: $11,000
Market Total Value: $53,000
Market Value Year: 2018
Assessed Value Year: 2018
Tax Year: 2018
Tax Amount: $448.71
Land Square Footage:
**Legal Info**
> Lot Number: 124

**Entities**
LORILLARD PL, BRONX, NY
Entity Type: Property
Original Address: LORILLARD PL, BRONX, NY

717 E 223RD ST, BRONX, NY 10466-4203 BRONX
Entity Type: Assessee
Original Address: 717 E 223RD ST, BRONX, NY 10466-4203
**Names**
    First: DAVID
    Last: COHAN
    Prefix: MR
**Original Names**
    COHAN, DAVID

717 E 223RD ST, BRONX, NY 10466-4203 BRONX
Entity Type: Care Of
Original Address: 717 E 223RD ST, BRONX, NY 10466-4203
**Names**
    First: DAVID
    Last: COHAN
    Prefix: MR
**Original Names**
    DAVID COHAN

Data Source: A
Record Type: D
Record Type Desc: Deed
**Deed**
    County: KINGS
    Parcel ID: 01562-0035
    Recording Date: 05/13/2015
    Document Type Code: L
    Document Type Desc: LIS PENDENS
    Property Use Code: 21
    Property Use Desc: DUPLEX (TRIPLEX QUADPLEX)
    Title Company: ATTORNEY ONLY
**Entities**
    20 ROOSEVELT PL, BROOKLYN, NY 11233-3116 KINGS
    Entity Type: Property
    Original Address: 20 ROOSEVELT PL, BROOKLYN, NY 11233-3116

    2567 ATLANTIC AVE UNIT 1F, BROOKLYN, NY 11207-2412 KINGS
    Entity Type: Buyer
    Original Address: 2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412
**Names**
    First: DAVID
    Last: COHAN
    Prefix: MR
**Original Names**
    COHAN, DAVID

    Entity Type: Seller
**Names**
    First: FELIX

Middle: A
Last: PEREZ
Prefix: MR
**Original Names**
PEREZ FELIX A

Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
State Code: NY
County: KINGS
Parcel ID: 01565-0044
Land Use: TRIPLEX (3 UNITS, ANY COMBINATION)
Assessed Total Value: $9,552
Assessed Improvement Value: $4,613
Market Land Value: $151,000
Market Improvement Value: $141,000
Market Total Value: $292,000
Market Value Year: 2015
Assessed Value Year: 2015
Land Square Footage:
Year Built: 1899
No of Stories: 3
**Legal Info**
Lot Number: 44
**Entities**
2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014 KINGS
Entity Type: Property
Original Address: 2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014

1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS
Entity Type: Assessee
Original Address: 1909 PACIFIC ST, BROOKLYN, NY 11233-3509
**Names**
First: DAVID
Last: COHAN
Prefix: MR
**Original Names**
COHAN, DAVID

Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
State Code: NY
County: KINGS
Parcel ID: 04162-0010
Owner Occupied: Y
Land Use: TRIPLEX (3 UNITS, ANY COMBINATION)
Assessed Total Value: $11,370

Assessed Improvement Value: $3,929
Market Land Value: $250,000
Market Improvement Value: $132,000
Market Total Value: $382,000
Market Value Year: 2015
Assessed Value Year: 2015
Land Square Footage:
Year Built: 1910
No of Stories: 2
**Legal Info**
    Lot Number: 10
**Entities**
    3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
    Entity Type: Property
    Original Address: 3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026

    3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
    Entity Type: Assessee
    Original Address: 3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026
    **Names**
        First: DAVID
        Last: COHAN
        Prefix: MR
    **Original Names**
        COHAN, DAVID

Data Source: B
Record Type: D
Record Type Desc: Deed
**Deed**
    County: KINGS
    Parcel ID: 4162-10
    Contract Date: 04/29/2014
    Recording Date: 05/15/2014
    Document Type Code: DE
    Document Type Desc: DEED
    Document Number: 2014000166753
    Sales Price: 15000
    Property Use Code: MFD
    Property Use Desc: MULTI-FAMILY DWELLING (2-4UNITS) BUILDING
    First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY
    **Legal Info**
        Brief Description: DOCID-2014042500071001
**Entities**
    3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
    Entity Type: Property
    Original Address: 3342 ATLANTIC AVENUE, BROOKLYN, NY 11208

    3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
    Entity Type: Buyer
    Original Address: 3342 ATLANTIC AVENUE, BROOKLYN, NY 11208

**Names**
> First: DAVID
> Last: COHAN
> Prefix: MR

**Original Names**
> COHAN, DAVID

3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
Entity Type: Seller
Original Address: 3342 ATLANTIC AVENUE, BROOKLYN, NY 11208

**Names**
> First: KAYDIAN
> Last: HARRISON

**Original Names**
> HARRISON, KAYDIAN

Data Source: A
Record Type: D
Record Type Desc: Deed

**Deed**
> County: KINGS
> Parcel ID: 04162-0010
> Contract Date: 04/29/2014
> Recording Date: 05/15/2014
> Document Type Code: G
> Document Type Desc: DEED
> Document Number: 166753
> Sales Price: 15000
> Property Use Code: 21
> Property Use Desc: DUPLEX (TRIPLEX QUADPLEX)
> Title Company: COMMONWEALTH LAND TITLE INS

**Deed Source Property Record**
> Transaction Type: 1
> Transaction Type Desc: RESALE

**Entities**
3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
Entity Type: Property
Original Address: 3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026

3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026 KINGS
Entity Type: Buyer
Original Address: 3342 ATLANTIC AVE, BROOKLYN, NY 11208-2026

**Names**
> First: DAVID
> Last: COHAN
> Prefix: MR

**Original Names**
> COHAN, DAVID

Entity Type: Seller

**Names**

First: HARRISON
Last: KAYDIAN
Prefix: MR
**Original Names**
HARRISON KAYDIAN

Data Source: A
Record Type: A
Record Type Desc: Assessed
**Assessment**
State Code: NY
County: KINGS
Parcel ID: 01645-0050
Recording Date: 03/07/2011
Prior Recording Date: 06/11/2007
Land Use: SFR
Sale Date: 01/26/2011
Sales Price: 10000
Assessed Total Value: $17,251
Assessed Improvement Value: $6,513
Market Land Value: $371,000
Market Improvement Value: $225,000
Market Total Value: $596,000
Tax Year: 2014
Tax Amount: $3,305
Land Square Footage:
No of Stories: 2
**Legal Info**
Lot Number: 50
**Entities**
703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
Entity Type: Property
Original Address: 703 PUTNAM AVE, BROOKLYN, NY 11221-1615

703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
Entity Type: Assessee
Original Address: 703 PUTNAM AVE, BROOKLYN, NY 11221-1615
**Names**
First: DAVID
Last: COHEN
Prefix: MR
**Original Names**
COHEN DAVID

Entity Type: Seller
**Names**
First: TYNISHA
Last: RODRIGUEZ
**Original Names**
RODRIGUEZ TYNISHA

Data Source: A
Record Type: D
Record Type Desc: Deed

**Deed**

    County: KINGS
    Parcel ID: 01565-0044
    Contract Date: 04/09/2013
    Recording Date: 04/16/2013
    Document Type Code: G
    Document Type Desc: DEED
    Document Number: 150372
    Sales Price: 25000
    Property Use Code: 21
    Property Use Desc: DUPLEX (TRIPLEX QUADPLEX)
    Title Company: COMMONWEALTH LAND TITLE INS

    **Deed Source Property Record**

        Transaction Type: 1
        Transaction Type Desc: RESALE

**Entities**

    2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014 KINGS
    Entity Type: Property
    Original Address: 2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014

    1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS
    Entity Type: Buyer
    Original Address: 1909 PACIFIC ST, BROOKLYN, NY 11233-3509

    **Names**

        First: DAVID
        Last: COHAN
        Prefix: MR

    **Original Names**

        COHAN, DAVID

    Entity Type: Seller

    **Names**

        First: ROMAN
        Last: NEVILLE
        Prefix: MR

    **Original Names**

        ROMAN NEVILLE

Data Source: B
Record Type: D
Record Type Desc: Deed

**Deed**

    County: KINGS
    Parcel ID: 1565-44
    Contract Date: 04/08/2013
    Recording Date: 04/16/2013
    Document Type Code: DE
    Document Type Desc: DEED

Document Number: 2013000150372
Sales Price: 25000
Property Use Code: MFD
Property Use Desc: MULTI-FAMILY DWELLING (2-4UNITS) BUILDING
First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY
**Legal Info**
 Brief Description: DOCID-2013040500679001
## Entities
2049 ATLANTIC AVE, BROOKLYN, NY 11233-6014 KINGS
Entity Type: Property
Original Address: 2049 ATLANTIC AVENUE, BROOKLYN, NY

1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS
Entity Type: Buyer
Original Address: 1909 PACIFIC STREET, BROOKLYN, NY 11233
**Names**
 First: DAVID
 Last: COHAN
 Prefix: MR
**Original Names**
 COHAN, DAVID

936 E 104TH ST, BROOKLYN, NY 11236-2816 KINGS
Entity Type: Seller
Original Address: 936 EAST 104TH STREET, BROOKLYN, NY 11236
**Names**
 First: NEVILLE
 Last: ROMAN
 Prefix: MR
**Original Names**
 ROMAN, NEVILLE

Data Source: B
Record Type: D
Record Type Desc: Deed
## Deed
 County: KINGS
 Parcel ID: 1645-50
 Contract Date: 01/26/2011
 Recording Date: 03/07/2011
 Document Type Code: DE
 Document Type Desc: DEED
 Document Number: 2011020101270001
 Sales Price: 10000
 Property Use Code: SFR
 Property Use Desc: SINGLE FAMILY RESIDENCE
 First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY
## Entities
703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
Entity Type: Property
Original Address: 703 PUTNAM AVENUE, BROOKLYN, NY 11221

2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412 KINGS
Entity Type: Buyer
Original Address: 2567 ATLANTIC AVE, BROOKLYN, NY 11221
**Names**
> First: DAVID
> Last: COHEN
> Prefix: MR
**Original Names**
> COHEN, DAVID

703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
Entity Type: Seller
Original Address: 703 PUTNAM AVENUE, BROOKLYN, NY 11221
**Names**
> First: TYNISHA
> Last: RODRIGUEZ
**Original Names**
> RODRIGUEZ, TYNISHA

Data Source: A
Record Type: D
Record Type Desc: Deed
**Deed**
> County: KINGS
> Parcel ID: 01645-0050
> Contract Date: 01/26/2011
> Recording Date: 03/07/2011
> Document Type Code: G
> Document Type Desc: DEED
> Document Number: 83141
> Sales Price: 10000
> Property Use Code: 10
> Property Use Desc: SINGLE FAMILY RESIDENCE
> **Deed Source Property Record**
> > Transaction Type: 1
> > Transaction Type Desc: RESALE
**Entities**
> 703 PUTNAM AVE, BROOKLYN, NY 11221-1615 KINGS
> Entity Type: Property
> Original Address: 703 PUTNAM AVE, BROOKLYN, NY 11221-1615

> 2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412 KINGS
> Entity Type: Buyer
> Original Address: 2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412
> **Names**
> > First: DAVID
> > Last: COHEN
> > Prefix: MR
> **Original Names**
> > COHEN, DAVID

Entity Type: Seller
**Names**
First: TYNISHA
Last: RODRIGUEZ
**Original Names**
RODRIGUEZ TYNISHA

Data Source: B
Record Type: D
Record Type Desc: Deed
**Deed**
County: QUEENS
Parcel ID: 13950-16
Contract Date: 12/06/2010
Recording Date: 12/21/2010
Document Type Code: DE
Document Type Desc: DEED
Document Number: 2010120600301001
Sales Price: 25000
Property Use Code: SFR
Property Use Desc: SINGLE FAMILY RESIDENCE
First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY
**Entities**
15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Property
Original Address: 156-26 86TH STREET, HOWARD BEACH, NY 11401

2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412 KINGS
Entity Type: Buyer
Original Address: 2567 ATLANTIC AVENUEW, BROOKLYN, NY 11207
**Names**
First: DAVID
Last: COHEN
Prefix: MR
**Original Names**
COHEN, DAVID

15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Seller
Original Address: 156-26 86TH STREET, HOWARD BEACH, NY 11401
**Names**
Company Name: Z & Q ESTATES CORPORATION
Business ID: 2515701721
**Original Names**
Z & Q ESTATES CORP,

Data Source: A
Record Type: D
Record Type Desc: Deed
**Deed**

County: QUEENS
Parcel ID: 13950-0016
Contract Date: 12/06/2010
Recording Date: 12/21/2010
Document Type Code: G
Document Type Desc: DEED
Document Number: 428203
Sales Price: 25000
Property Use Code: 10
Property Use Desc: SINGLE FAMILY RESIDENCE
**Deed Source Property Record**
Transaction Type: 1
Transaction Type Desc: RESALE
**Entities**
15626 86TH ST, JAMAICA, NY 11414-2621 QUEENS
Entity Type: Property
Original Address: 15626 86TH ST, JAMAICA, NY 11414-2621

2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412 KINGS
Entity Type: Buyer
Original Address: 2567 ATLANTIC AVE, BROOKLYN, NY 11207-2412
**Names**
First: DAVID
Last: COHEN
Prefix: MR
**Original Names**
COHEN, DAVID

Entity Type: Seller
**Names**
Company Name: Z & Q ESTATES CORPORATION
Business ID: 2515701721
**Original Names**
Z & Q ESTATES CORP

Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
State Code: NY
County: QUEENS
Parcel ID: 15972-0003
Land Use: RESIDENTIAL VACANT
Assessed Total Value: $2,188
Market Land Value: $259,623
Market Total Value: $259,623
Market Value Year: 2010
Assessed Value Year: 2010
Land Square Footage:
**Legal Info**
Lot Number: 3

**Entities**

    48 STREET, QUEENS, NY
    Entity Type: Property
    Original Address: BEACH 48 STREET, QUEENS, NY

    717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX
    Entity Type: Assessee
    Original Address: 717 E 223RD ST APT 1, BRONX, NY 10466-4203
    **Names**
        First: DAVID
        Last: COHAN
        Prefix: MR
    **Original Names**
        COHAN, DAVID

Data Source: B
Record Type: A
Record Type Desc: Assessed
**Assessment**
    State Code: NY
    County: QUEENS
    Parcel ID: 15972-3
    Land Use: RESIDENTIAL VACANT
    Assessed Total Value: $2,166
    Market Land Value: $119,000
    Market Total Value: $119,000
    Market Value Year: 2008
    Assessed Value Year: 2008
    Land Square Footage:
    **Legal Info**
        Lot Number: 3
**Entities**
    48 STREET, QUEENS, NY
    Entity Type: Property
    Original Address: BEACH 48 STREET, QUEENS, NY

    717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX
    Entity Type: Assessee
    Original Address: 717 E 223RD ST APT 1, BRONX, NY 10466-4203
    **Names**
        First: DAVID
        Last: COHAN
        Prefix: MR
    **Original Names**
        COHAN, DAVID

Data Source: B
Record Type: D
Record Type Desc: Deed
**Deed**
    County: KINGS

Parcel ID: 15972-3
Contract Date: 03/16/2007
Recording Date: 09/13/2007
Document Type Code: DE
Document Type Desc: DEED
Document Number: 2007051701515001
Sales Price: 20000
First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY

**Entities**

48 STREET, BROOKLYN, NY
Entity Type: Property
Original Address: BEACH 48 STREET, BROOKLYN, NY

717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX
Entity Type: Buyer
Original Address: 717 E 223RD ST APT 1, BRONX, NY 10466
**Names**
First: DAVID
Last: COHAN
Prefix: MR
**Original Names**
COHAN , DAVID

401 E 83RD ST, NEW YORK, NY 10028-6107 NEW YORK
Entity Type: Seller
Original Address: 401 E 83RD STREET, NEW YORK, NY 10028
**Names**
Company Name: BEACHE 47TH ST INCORPORATED
Business ID: ██████8247
**Original Names**
BEACHE 47TH ST INC

Data Source: B
Record Type: D
Record Type Desc: Deed
**Deed**
County: KINGS
Parcel ID: 3055-124
Contract Date: 06/15/2005
Recording Date: 07/06/2007
Document Type Code: DE
Document Type Desc: DEED
Document Number: 2007060501899001
Sales Price: 20000
First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY

**Entities**

LORILLARD PL, BROOKLYN, NY
Entity Type: Property
Original Address: LORILLARD PLACE, BROOKLYN, NY

717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX

Entity Type: Buyer
Original Address: 717 E 223RD ST APT # 1, BRONX, NY 10466
**Names**
> First: DAVID
> Last: COHAN
> Prefix: MR
**Original Names**
> COHAN, DAVID

401 E 83RD ST, NEW YORK, NY 10028-6107 NEW YORK
Entity Type: Seller
Original Address: 401 E 83RD STREET, NEW YORK, NY 10028
**Names**
> Company Name: CLEVE 57 INCORPORATED
> Business ID: ███5698
**Original Names**
> CLEVE 57 INC

## Possible Associates:

[None Found]

## Possible Relatives:

[None Found]

## Neighbors:

[4 Found]

**Subject Address**
> Address: 2567 ATLANTIC AVE APT 1F, BROOKLYN, NY 11207-2412 KINGS (Mar 2010 - Jun 2019)
> **Residents**
>> DAVID COHAN 01/##/1969 (50)
>>> ████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
>>> ████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
> **Phones**
>> Phone: (███-5088
**Neighbor Addresses**
> Address: 2566 ATLANTIC AVE, BROOKLYN, NY 11207-2413 KINGS (Jul 2012 - Apr 2019)
> **Residents**
>> WILLIAMSBU FLOO Person ID: ███████0428
> **Phones**
>> Phone: ████-2222
>> Published: P
>> Listing: LAGMITZ PAPER & PLASTIC

>> Phone: (███████-4171
>> Published: P
>> Listing: WILLIAMSBURG FLOORING



Phone: ████-4172
Published: P
Listing: WILLIAMSBURG FLOORING

Address: 2569 ATLANTIC AVE, BROOKLYN, NY 11207-2412 KINGS (Dec 2016 - Jun 2019)
**Residents**

JUSTIN C MERINO 04/##/1997 (22) Person ID: ████2399
████-#### issued in New York between 05/02/1997 and 05/03/1999 Valid: yes
████-#### issued in New York between 05/02/1997 and 05/03/1999 Valid: yes

Address: 2569 ATLANTIC AVE APT 2, BROOKLYN, NY 11207-2412 KINGS (Jul 2005 - Jun 2019)
**Residents**

VANESSA F MERINO 12/##/1977 (41) Person ID: ████9816
████-#### issued in New York between 01/01/1982 and 12/31/1984 Valid: yes
████-#### issued in New York between 01/01/1982 and 12/31/1984 Valid: yes

RAUL F MERINO 12/##/1967 (51) Person ID: ████0559
████-#### issued in New York between 01/01/1985 and 12/31/1987 Valid: yes
████-#### issued in New York between 01/01/1985 and 12/31/1987 Valid: yes

CIANI C MERINO 07/##/1991 (28) Person ID: ████1700
█8-#### issued in New York between 01/01/1991 and 12/31/1993 Valid: yes
129-78-#### issued in New York between 01/01/1991 and 12/31/1993 Valid: yes

RAUL MERINO JR 12/##/1992 (26) Person ID: ████3659
████-#### issued in New York between 07/02/1993 and 12/31/1994 Valid: yes
████-#### issued in New York between 07/02/1993 and 12/31/1994 Valid: yes

SKYLA S MERINO Person ID: ████7649

## Subject Address

Address: 717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX (Jan 2006 - Aug 2019)
**Residents**

JASODA PRASHAD 05/##/1962 (57)
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

DAVID COHAN 01/##/1969 (50)
████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
████#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes

## Neighbor Addresses

Address: 717 E 223RD ST APT, BRONX, NY 10466-4203 BRONX (Jan 2010 - Jun 2019)
**Residents**

JASODA PRASHAD 05/##/1962 (57) Person ID: ████9664
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

LAIKHRAJ P PRASHAD 12/##/1957 (61) Person ID: ████2654
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

103-92-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

ROSHINI M PRASHAD 12/##/1989 (29) Person ID: █████9815

████#### issued in New York between 05/02/2003 and 07/01/2005 Valid: yes

████-#### issued in New York between 05/02/2003 and 07/01/2005 Valid: yes

RALPH C PRASHAD 03/##/1985 (34) Person ID: █████8246

████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

JASMATEE HARPAL Person ID: █████0535

████-#### issued in New Jersey between 03/09/1993 and 06/01/1994 Valid: yes

████-#### issued in New Jersey between 03/09/1993 and 06/01/1994 Valid: yes

Address: 717 E 223RD ST APT 2, BRONX, NY 10466-4203 BRONX (Jan 2006 - Jun 2019)
**Residents**

TOMASINA T MCGEACHY 09/##/1976 (42) Person ID: █████1420

████-#### issued in New York between 01/01/1977 and 12/31/1979 Valid: yes

████-#### issued in New York between 01/01/1977 and 12/31/1979 Valid: yes

WARREN S LOZADA 10/##/1995 (23) Person ID: █████5225

████-#### issued in New York between 12/01/1995 and 10/01/1997 Valid: yes

████-#### issued in New York between 12/01/1995 and 10/01/1997 Valid: yes

**Subject Address**

Address: 1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS (Jan 2011 - Aug 2019)
**Residents**

DAVID COHAN 01/##/1969 (50)

████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes

████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes

**Neighbor Addresses**

Address: 1908 PACIFIC ST, BROOKLYN, NY 11233-3804 KINGS (Oct 2000 - May 2019)
**Residents**

ALLISON NICHOLA CYRUS 07/##/1970 (49) Person ID: █████6619

████-#### issued in New York between 01/01/1992 and 10/01/1993 Valid: yes

████-#### issued in New York between 01/01/1992 and 10/01/1993 Valid: yes

Address: 1908 PACIFIC ST APT 1, BROOKLYN, NY 11233-3804 KINGS (Dec 2009 - Jun 2019)
**Residents**

VALARIE ANN GARRETT 04/1948 (71) Person ID: █████3306

████-#### issued in New York between 01/01/1964 and 12/31/1966 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

████-#### issued in New York between 01/01/1964 and 12/31/1966 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

EUGENE V GARRETT SR 07/##/1938 (81) Person ID: █████8958

████-#### issued in South Carolina between 01/01/1953 and 12/31/1953 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.



-#### issued in South Carolina between 01/01/1953 and 12/31/1953
Valid: yes
(High Risk Indicator) SSN belongs to a person reported as deceased.

EMILY DELORES PERKINS 10/##/1941 (77) Person ID: █████████9024
█████████#### issued in South Carolina between 01/01/1955 and 12/31/1955 Valid: yes
-#### issued in South Carolina between 01/01/1955 and 12/31/1955
Valid: yes

PHAEDRA PAULSON 04/##/1976 (43) Person ID: █████████0401
█████████#### issued in Oregon between 01/01/1984 and 12/31/1985 Valid: yes
-#### issued in Oregon between 01/01/1984 and 12/31/1985 Valid: yes

JOSEPH DAVID TANIS 06/##/1973 (46) Person ID: █████████8213
-#### issued in Michigan between 01/01/1987 and 12/31/1988 Valid: yes
-#### issued in Michigan between 01/01/1987 and 12/31/1988 Valid: yes

Address: 1908 PACIFIC ST APT 2, BROOKLYN, NY 11233-3804 KINGS (Nov 2017 - Jun 2019)
**Residents**
ERIN R STEVENS 06/##/1974 (45) Person ID: █████████7009
-#### issued in New York between 01/01/1989 and 12/31/1990 Valid: yes
-#### issued in New York between 01/01/1989 and 12/31/1990 Valid: yes

## Subject Address
Address: 15626 86TH ST, HOWARD BEACH, NY 11414-2621 QUEENS (Feb 2007 - Sep 2018)
**Residents**
RUBINA LEGHARI 08/##/1958 (60)
█████████#### issued in New York between 07/02/2010 and 12/31/2099 Valid: yes
-#### issued in New York between 07/02/2010 and 12/31/2099 Valid: yes

EDWARD A TRIFELETTI 09/##/1922 (96)
█████████#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

MICHAEL L VULPIS 16 (103)
-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

## Neighbor Addresses
Address: 15626 86TH ST FL 1, HOWARD BEACH, NY 11414-2621 QUEENS (Nov 2001 - Jun 2019)
**Residents**
MARIE S CACCIATORE 12/##/1939 (79) Person ID: █████████4287
█████████#### issued in New York between 01/01/1956 and 12/31/1958 Valid: yes
█████████#### issued in New York between 01/01/1956 and 12/31/1958 Valid: yes

Address: 15627 86TH ST, HOWARD BEACH, NY 11414-2622 QUEENS (Jan 1983 - Jun 2019)

**Residents**

(Deceased) JOSEPH P OTTOMANELLI JR 05/##/1947 (72) Person ID: ████████0912
████-#### issued in New York between 01/01/1965 and 12/31/1967 Valid: yes
████-#### issued in New York between 01/01/1965 and 12/31/1967 Valid: yes
Death: 12/15/2018 (71) in QUEENS NY

CYNTHIA J OTTOMANELLI 07/##/1947 (72) Person ID: ████████9699
████-#### issued in New York between 01/01/1963 and 12/31/1965 Valid: yes
████-#### issued in New York between 01/01/1963 and 12/31/1965 Valid: yes

Address: 15623 86TH ST APT, HOWARD BEACH, NY 11414-2622 QUEENS (Jan 1983 - Jun 2019)

**Residents**

JOSEPH J ADESSA 11/##/1943 (75) Person ID: ████████1405
████-#### issued in New York between 01/01/1959 and 12/31/1962 Valid: yes
████-#### issued in New York between 01/01/1959 and 12/31/1962 Valid: yes

JAMES A PALMA 02/##/1971 (48) Person ID: ████████9930
████-#### issued in New York between 01/01/1978 and 12/31/1980 Valid: yes
████-#### issued in New York between 01/01/1978 and 12/31/1980 Valid: yes

PAULINA P NEUROHR 06/##/1966 (53) Person ID: ████████7475
████-#### issued in New York between 01/01/1988 and 12/31/1989 Valid: yes
████-#### issued in New York between 01/01/1988 and 12/31/1989 Valid: yes

ELAINE NEUROHR 12/##/1991 (27) Person ID: ████████8063
████-#### issued in New York between 01/01/1992 and 01/03/1994 Valid: yes
████-#### issued in New York between 01/01/1992 and 01/03/1994 Valid: yes

JOHN W PAVLOSKI 05/##/1932 (87) Person ID: ████████0798
████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes
████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes

**Phones**

Phone: (████████-7252

## Historical Neighbors:

[4 Found]

### Subject Address

Address: 717 E 223RD ST APT 1, BRONX, NY 10466-4203 BRONX (Jan 2006 - Aug 2019)

**Residents**

JASODA PRASHAD 05/##/1962 (57)
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes
████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

DAVID COHAN 01/##/1969 (50)
████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes

**Neighbor Addresses**

Address: 716 E 223RD ST, BRONX, NY 10466-4204 BRONX (Jun 2009 - Nov 2016)
**Residents**

AARON LEBORDE Person ID: ████0601

████-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes

████-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes

Address: 716C E 223RD ST, BRONX, NY 10466-4204 BRONX (Sep 2014 - Aug 2016)
**Residents**

JUSTIN SMITH Person ID: ████9925

████-#### issued in New York between 01/01/1981 and 12/31/1983 Valid: yes

████-#### issued in New York between 01/01/1981 and 12/31/1983 Valid: yes

Address: 717 E 223RD ST, BRONX, NY 10466-4203 BRONX (Apr 2002 - Feb 2018)
**Residents**

MIRIAM V DEJESUS Person ID: ████3420

████-#### issued in Puerto Rico between 01/01/1979 and 12/31/1979 Valid: yes

████-#### issued in Puerto Rico between 01/01/1979 and 12/31/1979 Valid:
yes

ALINA M PENA 02/##/1968 (51) Person ID: ████9760

████-#### issued in New York between 01/01/1984 and 12/31/1985 Valid: yes (High
Risk Indicator) SSN matches bankruptcy file.

#### issued in New York between 01/01/1984 and 12/31/1985 Valid: yes
(High Risk Indicator) SSN matches bankruptcy file.

JASODA PRASHAD 05/##/1962 (57) Person ID: ████9664

████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

THOMAS C ODONNELL Person ID: ████9611

████-#### issued in New York between 01/01/1973 and 12/31/1975 Valid: yes

████-#### issued in New York between 01/01/1973 and 12/31/1975 Valid: yes

LAIKHRAJ P PRASHAD 12/##/1957 (61) Person ID: ████2654

████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

████-#### issued in New York between 04/02/2003 and 06/01/2005 Valid: yes

ROSHINI M PRASHAD 12/##/1989 (29) Person ID: ████9815

████-#### issued in New York between 05/02/2003 and 07/01/2005 Valid: yes

████-#### issued in New York between 05/02/2003 and 07/01/2005 Valid: yes

## Subject Address

Address: 1909 PACIFIC ST, BROOKLYN, NY 11233-3509 KINGS (Jan 2011 - Aug 2019)
**Residents**

DAVID COHAN 01/##/1969 (50)

████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes

████-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes

## Neighbor Addresses

Address: 1908 PACIFIC ST, BROOKLYN, NY 11233-3804 KINGS (Oct 2000 - May 2019)
**Residents**

ALLISON NICHOLA CYRUS 07/##/1970 (49) Person ID: ████6619




████-#### issued in New York between 01/01/1992 and 10/01/1993 Valid: yes
████-#### issued in New York between 01/01/1992 and 10/01/1993 Valid: yes

SEKO S KIBONA 1983 (36) Person ID:████████2303
████-#### issued in Ohio between 05/02/2002 and 06/01/2004 Valid: yes
████-#### issued in Ohio between 05/02/2002 and 06/01/2004 Valid: yes

SEAN S HENRY Person ID: 049717993151

Address: 1908 PACIFIC ST APT 1, BROOKLYN, NY 11233-3804 KINGS (Dec 2009 - Jun 2019)
**Residents**
VALARIE ANN GARRETT 04/1948 (71) Person ID:████████3306
████-#### issued in New York between 01/01/1964 and 12/31/1966 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
████#### issued in New York between 01/01/1964 and 12/31/1966 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

EUGENE V GARRETT SR 07/##/1938 (81) Person ID:████████8958
████-#### issued in South Carolina between 01/01/1953 and 12/31/1953 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
249-54-#### issued in South Carolina between 01/01/1953 and 12/31/1953 Valid: yes
(High Risk Indicator) SSN belongs to a person reported as deceased.

EMILY DELORES PERKINS 10/##/1941 (77) Person ID:████████9024
████-#### issued in South Carolina between 01/01/1955 and 12/31/1955 Valid: yes
████-#### issued in South Carolina between 01/01/1955 and 12/31/1955 Valid: yes

ARABELLA JOHNSONGAYLE Person ID:████████3972
████-#### issued in New Jersey between 01/01/1991 and 12/31/1992 Valid: yes
████-#### issued in New Jersey between 01/01/1991 and 12/31/1992 Valid: yes

THEODORE GARRETTE 06/##/1944 (75) Person ID:████████3903
████-#### issued in South Carolina between 01/01/1960 and 12/31/1961 Valid: yes
████-#### issued in South Carolina between 01/01/1960 and 12/31/1961 Valid: yes

WILLIAM PERKINS Person ID:████████1301
████#### issued in South Carolina between 01/01/1974 and 12/31/1974 Valid: yes
████#### issued in South Carolina between 01/01/1974 and 12/31/1974 Valid: yes

Address: 1908 PACIFIC ST APT 2, BROOKLYN, NY 11233-3804 KINGS (Jul 2008 - Apr 2018)
**Residents**
THEODORE GARRETTE 06/##/1944 (75) Person ID:████████3903
████-#### issued in South Carolina between 01/01/1960 and 12/31/1961 Valid: yes
████-#### issued in South Carolina between 01/01/1960 and 12/31/1961 Valid: yes



CHRISTOPHER CAULKER Person ID: ██████3096
██████-#### issued in New York between 09/02/2004 and 11/01/2006 Valid: yes
██████-#### issued in New York between 09/02/2004 and 11/01/2006 Valid: yes

DONELL J JEROME 06/##/1986 (33) Person ID: ██████3812

JENNIFER HENRY Person ID: ██████2674
██████-#### issued in New York between 04/02/1994 and 10/31/1995 Valid: yes
██████-#### issued in New York between 04/02/1994 and 10/31/1995 Valid: yes

ERIN R STEVENS 06/##/1974 (45) Person ID: ██████7009
██████-#### issued in New York between 01/01/1989 and 12/31/1990 Valid: yes
██████-#### issued in New York between 01/01/1989 and 12/31/1990 Valid: yes

PRINCE D PERKINS Person ID: ██████3449
██████-#### issued in New York between 06/04/1996 and 04/02/1998 Valid: yes
██████-#### issued in New York between 06/04/1996 and 04/02/1998 Valid: yes

## Subject Address
Address: 15626 86TH ST, HOWARD BEACH, NY 11414-2621 QUEENS (Feb 2007 - Sep 2018)
### Residents
RUBINA LEGHARI 08/##/1958 (60)
██████-#### issued in New York between 07/02/2010 and 12/31/2099 Valid: yes
██████-#### issued in New York between 07/02/2010 and 12/31/2099 Valid: yes

EDWARD A TRIFELETTI 09/##/1922 (96)
██████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
██████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

MICHAEL L VULPIS 16 (103)
██████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.
██████-#### issued in New York between 01/01/1936 and 12/31/1951 Valid: yes (High Risk Indicator) SSN belongs to a person reported as deceased.

## Neighbor Addresses
Address: 15626 86TH ST FL 1, HOWARD BEACH, NY 11414-2621 QUEENS (Nov 2001 - Jun 2019)
### Residents
MARIE S CACCIATORE 12/##/1939 (79) Person ID: ██████4287
██████-#### issued in New York between 01/01/1956 and 12/31/1958 Valid: yes
██████-#### issued in New York between 01/01/1956 and 12/31/1958 Valid: yes

Address: 15627 86TH ST, HOWARD BEACH, NY 11414-2622 QUEENS (Jan 1983 - Jun 2019)
### Residents
(Deceased) JOSEPH P OTTOMANELLI JR 05/##/1947 (72) Person ID: ██████0912
██████-#### issued in New York between 01/01/1965 and 12/31/1967 Valid: yes



-#### issued in New York between 01/01/1965 and 12/31/1967 Valid: yes
Death: 12/15/2018 (71) in QUEENS NY

CYNTHIA J OTTOMANELLI 07/##/1947 (72) Person ID: 9699
-#### issued in New York between 01/01/1963 and 12/31/1965 Valid: yes
-#### issued in New York between 01/01/1963 and 12/31/1965 Valid: yes

JOSEPH OTTOMANELLI Person ID: 0505

ANGELA J OTTOMANELLI 11/##/1975 (43) Person ID: 4919
-#### issued in New York between 01/01/1978 and 12/31/1979 Valid: yes
-#### issued in New York between 01/01/1978 and 12/31/1979 Valid: yes

Address: 15623 86TH ST APT, HOWARD BEACH, NY 11414-2622 QUEENS (Jan 1983 - Jun 2019)
**Residents**
JOSEPH J ADESSA 11/##/1943 (75) Person ID: 1405
-#### issued in New York between 01/01/1959 and 12/31/1962 Valid: yes
-#### issued in New York between 01/01/1959 and 12/31/1962 Valid: yes

ADESSA CHARLES 06/##/1967 (52) Person ID: 9799
-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes
-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes

JACQUELINE ADESSA 04/##/1969 (50) Person ID: 1194
-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes
-#### issued in New York between 01/01/1980 and 12/31/1982 Valid: yes

GEOFFREY HERNANDEZ 09/##/1968 (50) Person ID: 9992

PATRICIA DWYER Person ID: 9008
-#### issued in New York between 01/01/1965 and 12/31/1967 Valid: yes
-#### issued in New York between 01/01/1965 and 12/31/1967 Valid: yes

JAMES A PALMA 02/##/1971 (48) Person ID: 9930
-#### issued in New York between 01/01/1978 and 12/31/1980 Valid: yes
-#### issued in New York between 01/01/1978 and 12/31/1980 Valid: yes
**Phones**
Phone: -7252

## Subject Address
Address: 2567 ATLANTIC AVE APT 1F, BROOKLYN, NY 11207-2412 KINGS (Mar 2010 - Jun 2019)
**Residents**
DAVID COHAN 01/##/1969 (50)
-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
-#### issued in New York between 03/03/1998 and 03/01/2001 Valid: yes
**Phones**
Phone: -5088
## Neighbor Addresses
Address: 2566 ATLANTIC AVE, BROOKLYN, NY 11207-2413 KINGS (Jul 2012 - Apr 2019)

**Residents**

WILLIAMSBU FLOO Person ID: ███████0428

MICHAEL B LADER Person ID: ███████3759
███████-#### issued in New York between 01/01/1953 and 12/31/1956 Valid: yes
███████-#### issued in New York between 01/01/1953 and 12/31/1956 Valid: yes

LEE AMSEL Person ID: ███████5893

PELA AMSEL Person ID: ███████0029

FLOO P WILLIAMSBURG Person ID: ███████7484

GEETA I DEJESUS 05/##/1972 (47) Person ID: ███████0776
███████-#### Valid: yes (High Risk Indicator) SSN potentially randomly issued by the SSA.
███████-#### Valid: yes
(High Risk Indicator) SSN potentially randomly issued by the SSA.

**Phones**

Phone: (███████-2222
Published: P
Listing: LAGMITZ PAPER & PLASTIC

Phone: ███████-4171
Published: P
Listing: WILLIAMSBURG FLOORING

Phone: ███████-4172
Published: P
Listing: WILLIAMSBURG FLOORING

Address: 2567 ATLANTIC AVE 2F, BROOKLYN, NY 11207-2412 KINGS (Nov 2008 - Nov 2012)

**Residents**

SHAMEEKA T MCLAURIN Person ID: ███████0477
███████-#### issued in New York between 01/01/1979 and 12/31/1981 Valid: yes
███████-#### issued in New York between 01/01/1979 and 12/31/1981 Valid: yes

Address: 2565 ATLANTIC AVE, BROOKLYN, NY 11207-2412 KINGS (Aug 2005 - Aug 2015)

**Residents**

AARON BINDA Person ID: ███████9215

DEBRA NANDKISHORE Person ID: ███████4084

STEVEN KIVONIS Person ID: ███████3559

S COFFEE AARON Person ID: ███████9388

**Phones**

Phone: (███████-3998
Published: P
Listing: ALABAMA RESTAURANT I