# Exhibit E

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY                                    2:18-cv-11398

St. John Brooklyn, LLC
_____
Plaintiff

v.

Rogue, et. al.
_____
Defendant

MARK KASPIEV being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in SUFFOLK County, NY.

On July 10, 2018 I served a true copy of the annexed Complaint for RICO, Civil Cover Sheet, Proposed Summons, Issued Summons

on DAVID COHEN

by delivering the same personally to the persons and at the addresses indicated below:

Male ✓  Female ___  Age 35-40  Height 5'11"  Weight 200
David Cohen
320 Barr Avenue, Woodmere, NY 11598

_____
Mark Kaspiev

Sworn to before me
10th day of July 2018

_____
Notary Public

DEBORA MANDARINO
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
LIC. #01MA6315894
COMM. EXP. DEC. 01, 2018

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/10/18 | |
| NAME OF SERVER (PRINT) MArk KAsPiev | TITLE | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: in front of 320 Barr Ave Woodmere, NY 11598

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/18
            Date            Signature of Server

            5 Hallock St Farmingdale NY 11735
            Address of Server

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/10/18 |
| NAME OF SERVER (PRINT) MARK KASPIEN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: DAvid Cohen

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/18
            Date

Signature of Server

5 Hallock St Farmingdale NY 11735
Address of Server