# Exhibit C

# COMPREHENSIVE REPORT
## MR ILAN DAVID AVITSEDEK

### SEARCH CRITERIA
Person ID: ████0216
Reference Code:

### GLBA/DPPA PERMITTED PURPOSES
GLBA: Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
DPPA: Civil, Criminal, Administrative, or Arbitral Proceeding

### SEARCH RESULTS SUMMARY

## Subject Information (Best Information for Subject)

MR ILAN DAVID AVITSEDEK (Male)
████-3003
01/██/1969 (Age 50)
Person ID: ████0216

## Indicators

Property: Yes
Corporate Affiliation: Yes
Deceased: No

## Associated Addresses

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Verified) (Jun 2008 - Aug 2019)
1316 PEMBROKE ST APT, BRIDGEPORT, CT 06608-1743 FAIRFIELD (Nov 2017 - May 2018)
13405 86TH RD APT 1, RICHMOND HILL, NY 11418-1902 QUEENS (Jul 2003 - Apr 2018)
1643 PACIFIC ST APT, BROOKLYN, NY 11213-1364 KINGS (Jan 2017 - Jan 2018)
1312 PEMBROKE ST APT 1ST, BRIDGEPORT, CT 06608-1743 FAIRFIELD (Sep 2013 - Apr 2016)
1494 PROSPECT PL APT, BROOKLYN, NY 11213-2427 KINGS (Dec 2015 - Dec 2015)
1345 86 THRD, RICHMOND HILL, NY 11418 QUEENS (Nov 2014 - Nov 2014)
327 AVENUE O # O, BROOKLYN, NY 11230-6322 KINGS (Nov 1997 - Jun 2012)
11049 167TH ST, JAMAICA, NY 11433-3417 QUEENS (Apr 2012 - Apr 2012)
1637 SAINT MARKS AVE APT, BROOKLYN, NY 11233-4823 KINGS (May 2011 - May 2011)

## Record Counts

Aliases 25
Imposters 0
Associates 9
Relatives 2
Student Information 1
Student Records 1
Addresses 20
Property Records 13
Phone Records 2
Neighbors 4
Historical Neighbors 4
Motor Vehicle Registrations 5
Florida Accidents 0
Watercraft Records 0
Aircraft Registrations 0
Bankruptcies 0
Liens and Judgments 5
Criminal Records 0
Sexual Offenses 0
Foreclosures 0
Notices of Defaults 0
Civil Court Records 0
Corporate Affiliations 3
UCC Filings 0
People at Work 11
FAA Certifications 0
Professional Licenses 0
DEA Controlled Substance Licenses 0
Voter Registrations 2
Hunting/Fishing Licenses 0

1411 LINCOLN PL APT, BROOKLYN, NY 11213-4037 KINGS (Apr 2011 - Apr 2011)

327 AVENUE N BSMT O, BROOKLYN, NY 11230-5510 KINGS (Mar 2000 - Jun 2006)

401 E 83RD ST APT 5C, NEW YORK, NY 10028-6192 NEW YORK (Jan 2002 - Feb 2005)

17240 COLLINS AVE APT 165, SUNNY ISLES BEACH, FL 33160-3409 MIAMI-DADE (Aug 2002 - Jan 2003)

298 MULBERRY ST APT 5M, NEW YORK, NY 10012-3338 NEW YORK (Jan 2002 - Jun 2002)

306 E 89TH ST APT 1B, NEW YORK, NY 10128-5004 NEW YORK (Oct 1998 - Apr 2002)

1278 1ST AVE APT 8, NEW YORK, NY 10065-5625 NEW YORK (Jan 2001 - Jan 2002)

30689 1 B, NEW YORK, NY 10128 NEW YORK (Nov 1998 - Nov 1998)

E 891B, NEW YORK, NY 10128 NEW YORK

306 E 891B, NEW YORK, NY 10128 NEW YORK

Weapon Permits 0
Firearms/Explosives
Licenses 0

## Associated Phone Numbers Summary

██████-5718 (EDT) (Best Information)
██████-5088 (EDT) (Phones Plus) (ILAN AVITSEDEK )
██████-5088 (EDT) (Phones Plus) (ILAN AVITSEDEK )

## Criminal Records Summary

NONE FOUND

## Vehicle Summary



1999 Toyota Camry - ██████1009 - ████7 (NY)
2006 Toyota Highlander - J████79940 - ███925 (NY)
2003 Nissan Murano - ██████19211 - ████77 (NY)
1987 Volvo 740 - ██████87006 - ███L (NY)
1997 Nissan Pathfinder - J██████989 - ████7 (NY)

## People at Work Summary

N & M DEVELOPMENT LLC - PRESIDENT (May 2013 - Jul 2019)
TISY CONSULTING INC. (Jan 2016 - Apr 2019)
FIVE FRAN LLC - MANAGER (Jul 2018 - Oct 2018)
TISY CONSULTING INC. (Nov 2011 - Jan 2016)
BBF DEVELOPMENT INC - CONTA (Dec 2014 - Dec 2014)
BBF DEVELOPMENT INC - CONTACT (Dec 2014 - Dec 2014)
N & M DEVELOPMENT LLC - PRESI (Apr 2013 - Apr 2013)
N & M DEVELOPMENT LLC - PRESIDENT (Apr 2013 - Apr 2013)
TISY CONSULTING INC - CONTA (Nov 2011 - Nov 2011)
TISY CONSULTING INC - CONTA (Nov 2011 - Nov 2011)
TISY CONSULTING INC - CONTACT (Nov 2011 - Nov 2011)

## Drivers Licenses

############# - FL (05/14/1997 - 01/06/2004)
############# - FL (05/14/1997 - 08/15/2002)

## Bankruptcy Record(s) found:

NONE FOUND

## SEARCH RESULTS

## Addresses

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (06/2008 -08/2019 ) (Verified)
Subject Name: ILAN D AVITSEDEK

### Residents

ILAN D AVITSEDEK
01/##/1969 (50)
████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid

████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

EILEEN A COYLE
04/##/1931 (88)
████### Issued Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

████##
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

PELEG YANNAY
████#### Issued Location: New York Issued Dates: 03/30/1996 - 02/02/1998 Valid

████-####
Issued Location: New York
Issued Dates: 03/30/1996 - 02/02/1998
Valid

SHARON YANAY
█████1972 (47)

## Phones

██████-5718 (EDT)
ILAN AVITSEDEK
Listing: AVITSEDEK ILAN D
Published

██████-2900 (EDT)
Company Name: CONTACT CONSTRUCTION INC
Listing: CONTACT CONSTRUCTION INC
Published

## Neighborhood Profile (Census)

Average Age: 36
Median Household Income: $150,391
Average Home Value: $628,453
Average Education: 15

## Property Ownership Information for this Address

TOWN #1 SCH DIST 014
Data Source: B
Record Type: A - Assessed

### Assessment

Parcel Number: 39-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
Location: NASSAU NY
Sales Price: $375,000
Assessed Total Value: $733
Market Total Value: 293,200
Market Value Year: 2018
Assessed Value Year: 2018
Tax Year: 2018
Tax Amount: 14,393.44
Owner Occupied: Y
Recording Date: 09/23/2014
Prior Recording Date: 09/09/2010
Recorder Location: pg 85, 13129
Lot Number: 118
Brief Description: TOWN #1 SCH DIST 014

### Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137

Assessee
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598
Original Names: AVITSEDEK ILAN & YANAY SHARON

## Names

MR ILAN AVITSEDEK
███████ ####
Person ID: ███████ 0216

MS YANAY SHARON AVITSEDEK

1316 PEMBROKE ST APT, BRIDGEPORT, CT 06608-1743 FAIRFIELD (11/2017 -05/2018 )
Subject Name: MR ILAN AVITSEDEK

## Residents

ERIC ULLOA

## Neighborhood Profile (Census)

Average Age: 29
Median Household Income: $46,591
Average Home Value: $147,356
Average Education: 11

13405 86TH RD APT 1, RICHMOND HILL, NY 11418-1902 QUEENS (07/2003 -04/2018 )
Subject Name: MR ILAN DAVID AVITSEDEK

## Phones

██████ -5718

## Neighborhood Profile (Census)

Average Age: 36
Median Household Income: $70,657
Average Home Value: $233,333
Average Education: 13

**Property Ownership Information for this Address**

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Data Source: A
Record Type: A - Assessed

### Assessment

Parcel Number: 09631-0077
Location: QUEENS NY
Sale Date: 02/25/2003
Sales Price: $282,000
Mortgage Loan Amount: $253,800
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: MORTGAGE ENT LTD
Assessed Total Value: $21,565
Assessed Improvement Value: 9,995
Market Land Value: 257,000
Market Improvement Value: 222,000
Market Total Value: 479,000
Tax Year: 2018
Tax Amount: 4,511.14
Recording Date: 07/23/2003
Prior Recording Date: 09/01/1994
Lot Number: 77

### Entities

Property
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902

Assessee
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902
Original Names: AVITSEDEK ILAN

#### Names

MR ILAN AVITSEDEK
███████-####
Person ID: ███████0216

Seller
Original Names: SINGH MEHAR

#### Names

MEHAR SINGH
█████-####
Person ID: ██████6396

---

1643 PACIFIC ST APT, BROOKLYN, NY 11213-1364 KINGS (01/2017 -01/2018 )
Subject Name: MR ILAN AVITSEDEK

### Neighborhood Profile (Census)

Average Age: 36
Median Household Income: $24,000
Average Home Value: $289,003
Average Education: 11

### Property Ownership Information for this Address

1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Data Source: B
Record Type: D - Deed

#### Deed

Parcel Number: 1334-39
Location: KINGS
Contract Date: 12/18/2017
Recording Date: 01/04/2018
Document Type: DE - DEED
Document Number: 2018000004231
First T/D Loan Type: UNKNOWN
First T/D Loan Amount: $160,000
Brief Description: DOCID-2018010100003001

#### Entities

Property
1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Original Address: 1643 PACIFIC STREET, BROOKLYN, NY

---

Buyer
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVENUE, WOODMERE, NY 11598
Original Names: AVITSEDEK , ILAN

#### Names

MR ILAN AVITSEDEK
█████-####
Person ID: ███████0216

Seller
142 CRESCENT ST, BROOKLYN, NY 11208-1645 KINGS
Original Address: 142 CRESCENT STREET, BROOKLYN, NY 11208
Original Names: 1643 PACIF INC

## Names

1643 PACIF INCORPORATED
Business ID: ███████5105

---

1312 PEMBROKE ST APT 1ST, BRIDGEPORT, CT 06608-1743 FAIRFIELD (09/2013 -04/2016 )
Subject Name: MR ILAN AVITSEDEK

### Neighborhood Profile (Census)

Average Age: 29
Median Household Income: $46,591
Average Home Value: $147,356
Average Education: 11

---

1494 PROSPECT PL APT, BROOKLYN, NY 11213-2427 KINGS (12/2015 -12/2015 )
Subject Name: MR ILAN AVITSEDEK

### Residents

ANGEL S AGUILA III
07/##/1975 (44)
██████### Issued Location: New York Issued Dates: 01/01/1978 - 12/31/1980 Valid

█████#### 
Issued Location: New York
Issued Dates: 01/01/1978 - 12/31/1980
Valid

---

JAMARR A BOBBITT
09/##/1983 (35)

### Neighborhood Profile (Census)

Average Age: 32
Median Household Income: $18,333
Average Home Value: $386,364
Average Education: 12

1345 86 THRD, RICHMOND HILL, NY 11418 QUEENS (11/2014 -11/2014 )
Subject Name: MR ILAN DAVID AVITSEDEK

### Neighborhood Profile (Census)

Average Age: 36
Median Household Income: $55,625
Average Home Value: $566,239
Average Education: 15

327 AVENUE O # O, BROOKLYN, NY 11230-6322 KINGS (11/1997 -06/2012 )
Subject Name: MR ILAN D AVITSEDEK

### Neighborhood Profile (Census)

Average Age: 23
Median Household Income: $62,179
Average Home Value: $1,000,000
Average Education: 13

11049 167TH ST, JAMAICA, NY 11433-3417 QUEENS (04/2012 -04/2012 )
Subject Name: MR ILAN DAVID AVITSEDEK

### Residents

RENEE VARTAIRE DILLARD
02/##/1961 (58)
█████#### Issued Location: Virginia Issued Dates: 01/01/1973 - 12/31/1974 Valid

████-####
Issued Location: Virginia
Issued Dates: 01/01/1973 - 12/31/1974
Valid

SAMUEL SOTO
07/##/1992 (27)

SHERRLYLN FORDE

TROY SMITH

### Neighborhood Profile (Census)

Average Age: 43
Median Household Income: $62,281
Average Home Value: $386,957
Average Education: 12

---

1637 SAINT MARKS AVE APT, BROOKLYN, NY 11233-4823 KINGS (05/2011 -05/2011 )
Subject Name: MR ILAN D AVITSEDEK

### Residents

ELDRINA FAYE
05/##/1950 (69)
████████### Issued Location: North Carolina Issued Dates: 01/01/1964 - 12/31/1965 Valid

████████###
Issued Location: North Carolina
Issued Dates: 01/01/1964 - 12/31/1965
Valid

### Neighborhood Profile (Census)

Average Age: 38
Median Household Income: $30,844
Average Home Value: $429,825
Average Education: 12

---

1411 LINCOLN PL APT, BROOKLYN, NY 11213-4037 KINGS (04/2011 -04/2011 )
Subject Name: MR ILAN D AVITSEDEK

### Residents

NICOLE A BUCKLEY
08/##/1994 (24)

### Neighborhood Profile (Census)

Average Age: 31
Median Household Income: $29,661
Average Home Value: $590,116
Average Education: 13

---

327 AVENUE N BSMT O, BROOKLYN, NY 11230-5510 KINGS (03/2000 -06/2006 )
Subject Name: MR ILAN AVITSEDEK

### Neighborhood Profile (Census)

Average Age: 40
Median Household Income: $32,881
Average Home Value: $521,341
Average Education: 12

---

401 E 83RD ST APT 5C, NEW YORK, NY 10028-6192 NEW YORK (2002 -02/2005 )
Subject Name: MR ILAN AVITSEDEK

### Residents

ALEXANDER M CAUVEREN
11/##/1962 (56)
████-#### Issued Location: New York Issued Dates: 08/04/1998 - 09/01/2001 Valid

████ ####
Issued Location: New York
Issued Dates: 08/04/1998 - 09/01/2001
Valid

---

JULIA R SCHNEIDERMAN

---

LEANDRO M ALONSO

### Neighborhood Profile (Census)

Average Age: 34
Median Household Income: $91,466
Average Home Value: $597,059
Average Education: 16

---

17240 COLLINS AVE APT 165, SUNNY ISLES BEACH, FL 33160-3409 MIAMI-DADE (08/2002 -
01/2003 )
Subject Name: MR ILAN D AVI

### Neighborhood Profile (Census)

Average Age: 47
Median Household Income: $43,059
Average Home Value: $303,271
Average Education: 14

---

298 MULBERRY ST APT 5M, NEW YORK, NY 10012-3338 NEW YORK (01/2002 -06/2002 )
Subject Name: MR ILAN AVI-TSEDEK

### Neighborhood Profile (Census)

Average Age: 34
Median Household Income: $131,111
Average Home Value: $1,000,000
Average Education: 16

---

306 E 89TH ST APT 1B, NEW YORK, NY 10128-5004 NEW YORK (10/1998 -04/2002 )
Subject Name: MR ILAN AVI-TSEDEK

### Neighborhood Profile (Census)

Average Age: 37
Median Household Income: $114,955
Average Home Value: $694,853
Average Education: 17

---

1278 1ST AVE APT 8, NEW YORK, NY 10065-5625 NEW YORK (01/2001 -01/2002 )
Subject Name: MR ILAN AVI-TSEDEK

### Neighborhood Profile (Census)

Average Age: 30
Median Household Income: $77,519
Average Home Value: $350,000
Average Education: 16

---

30689 1 B, NEW YORK, NY 10128 NEW YORK (11/1998 -11/1998 )
Subject Name: MR ILAN D AVITSEDEK

### Neighborhood Profile (Census)

Average Age: 33
Median Household Income: $94,172
Average Home Value: $525,735
Average Education: 16

---

E 891B, NEW YORK, NY 10128 NEW YORK
Subject Name: MR ILAN TSEDEK

### Neighborhood Profile (Census)

Average Age: 46
Median Household Income: $79,464

Average Home Value: $694,602
Average Education: 15

---

306 E 891B, NEW YORK, NY 10128 NEW YORK
Subject Name: MR ILAN TSEDEK

### Neighborhood Profile (Census)

Average Age: 46
Median Household Income: $79,464
Average Home Value: $694,602
Average Education: 15

## Phones

█████5718 (EDT) (Best Information)

---

█████-5088 (EDT) - Mobile
ILAN AVITSEDEK
145 CIRCLE E DR, ELMONT, NY 11003
Carrier Name: SPRINT SPECTRUM LP
Carrier Location: NEW YORK CITY, NY
Listing Types: C

---

█████-5088 (EDT) - Mobile
ILAN AVITSEDEK
30 NORTHFIELD CT, STATEN ISLAND, NY 10303-1657
Carrier Name: SPRINT SPECTRUM LP
Carrier Location: NEW YORK CITY, NY
Listing Types: C

## Criminal Records

NO RECORDS

## People at Work

ILAN DAVID AVITSEDEK - N & M DEVELOPMENT LLC (PRESIDENT)
█████####
Person ID: █████0216
█████-5718
Business ID: █████9600
Confidence Level: 1
Dates Seen: 05/15/2013 - 07/08/2019

---

ILAN AVI TSEDEK - TISY CONSULTING INC.
        ###
Person ID:
Business ID:        5656
Confidence Level: 2
Dates Seen: 01/18/2016 - 04/22/2019

ILAN AVITSEDEK - FIVE FRAN LLC (MANAGER)
        ####
Person ID:        0216
FEIN:        364
Business ID:        3487
Confidence Level: 2
Dates Seen: 07/31/2018 - 10/23/2018

ILAN AVI TSEDEK - TISY CONSULTING INC.
        -####
Person ID:        20216
13405 86TH RD, RICHMOND HILL, NY 11418-1902
Business ID:        1857
Confidence Level: 1
Dates Seen: 11/15/2011 - 01/18/2016

ILAN AVITSEDEK - BBF DEVELOPMENT INC (CONTA)
        ###
Person ID:        0216
142 CRESCENT ST, BROOKLYN, NY 11208-1645
Business ID:        130
Confidence Level: 1
Dates Seen: 12/24/2014 - 12/24/2014

ILAN AVITSEDEK - BBF DEVELOPMENT INC (CONTACT)
        -####
Person ID:        0216
142 CRESCENT ST, BROOKLYN, NY 11208-1645
Business ID:        5130
Confidence Level: 1
Dates Seen: 12/24/2014 - 12/24/2014

ILAN DAVID AVITSEDEK - N & M DEVELOPMENT LLC (PRESI)
        ####
Person ID:        0216
13405 86TH RD, RICHMOND HILL, NY 11418-1902
(        -5718
Business ID:        9600
Confidence Level: 1

Dates Seen: 04/24/2013 - 04/24/2013

---

ILAN DAVID AVITSEDEK - N & M DEVELOPMENT LLC (PRESIDENT)
█████████####
Person ID: ██████████0216
13405 86TH RD, RICHMOND HILL, NY 11418-1902
██████████-5718
Business ID: ██████████29600
Confidence Level: 1
Dates Seen: 04/24/2013 - 04/24/2013

---

ILAN AVI TSEDEK - TISY CONSULTING INC (CONTA)
█████████-####
Person ID: ██████████0216
134 5 86 RD, RICHMOND HILL, NY 11418
Business ID: ██████████7081
Confidence Level: 1
Dates Seen: 11/10/2011 - 11/10/2011

---

ILAN AVI TSEDEK - TISY CONSULTING INC (CONTA)
█████████####
Person ID: ██████████0216
13405 86TH RD, RICHMOND HILL, NY 11418-1902
Business ID: ██████████1857
Confidence Level: 1
Dates Seen: 11/10/2011 - 11/10/2011

---

ILAN AVI TSEDEK - TISY CONSULTING INC (CONTACT)
█████████-####
Person ID: ██████████0216
13405 86TH RD, RICHMOND HILL, NY 11418-1902
Business ID: ██████████1857
Confidence Level: 1
Dates Seen: 11/10/2011 - 11/10/2011

## Vehicles

---

### 1999 Toyota

---

Camry - CE/LE/XLE

---

Registrant: ILAN DAVID AVITSEDEK (Male)
VIN: ██████████████1009
Tag Number: NY - ████1277



1999 Toyota Camry Sedan 4 Door - ███████████1009
State of Origin: NY
Series: CE/LE/XLE
Price: $17,038
Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Registrants

ILAN DAVID AVITSEDEK (Male) - HISTORICAL
01/##/1969 (50)
Person ID: ████████0216
Possible SSN: ██████####
Driver License Number: #############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Tag Number: ███1277 - NY
License Plate Type: Private
Previous Tag Number: ███5582 - NY
Registration Dates: 12/15/2005 - 12/15/2005
Expiration Date: 12/14/2007

### Owners

ILAN DAVID AVITSEDEK (Male) - HISTORICAL
01/##/1969
Person ID: ████████0216
Possible SSN: █████-####
Driver License Number: #############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Title Issue Dates: 01/12/2006 - 01/12/2006

### 2006 Toyota

Highlander - LIMITED

Registrant: ILAN DAVID AVITSEDEK (Male)
VIN: ███████████9940
Tag Number: NY - ███6925



2006 Toyota Highlander 4 Dr Wagon Sport Utility - ███████████9940
State of Origin: NY
Series: LIMITED
Price: $26,440
Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

## Registrants

ILAN DAVID AVITSEDEK (Male) - HISTORICAL
01/##/1969 (50)
Person ID: ████████0216
Possible SSN: ██████####
Driver License Number: #############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Tag Number: ███6925 - NY
License Plate Type: Private
Previous Tag Number: ███1776 - FL
Registration Dates: 08/22/2011 - 08/22/2011
Expiration Date: 08/21/2013

## 2003 Nissan

Murano - SL/SE - Gold

Registrant: ILAN DAVID AVITSEDEK (Male)
VIN: ▮▮▮▮▮▮▮▮9211
Tag Number: NY - ▮▮▮1277



2003 Gold Nissan Murano 4 Dr Wagon Sport Utility - ▮▮▮▮▮▮▮▮▮▮▮▮
State of Origin: NY
Series: SL/SE
Price: $29,799
Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Registrants

ILAN DAVID AVITSEDEK (Male) - HISTORICAL
01/##/1969 (50)
Person ID: ▮▮▮▮▮▮0216
Possible SSN ▮▮▮▮-####
Driver License Number: ############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Tag Number: DJX1277 - NY
License Plate Type: Private
Previous Tag Number ▮▮▮277 - NY
Registration Dates: 10/01/2009 - 10/28/2009
Expiration Date: 12/14/2011

### Owners

ILAN DAVID AVITSEDEK (Male) - CURRENT
01/##/1969
Person ID: ▮▮▮▮▮0216
Possible SSN: ▮▮▮▮-####
Driver License Number: ############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

Title Issue Dates: 10/22/2009 - 10/22/2009

---

### 1987 Volvo

---

740 - GLE

---

Registrant: ILAN D AVI TSEDEK (Male)
VIN: ████████████7006
Tag Number: NY - ███0VL

---



---

1987 Volvo 740 Sedan 4 Door - ██████████7006
State of Origin: NY
Series: GLE
Price: $19,605
Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Registrants

---

ILAN D AVI TSEDEK (Male) - HISTORICAL
01/##/1969 (50)
Person ID: ████████16
Possible SSN: ████-####
Driver License Number: #############
306 E 89TH ST APT 1B, NEW YORK, NY 10128-5004 NEW YORK
Tag Number: ████L - NY
License Plate Type: Private
Previous Tag Number: ████8 - CT
Registration Dates: 07/13/1999 - 07/13/1999
Expiration Date: 11/01/2000

### 1997 Nissan

Pathfinder - LE/SE/XE

Registrant: ILAN DAVID AVITSEDEK (Male)
VIN: ████████████0989
Tag Number: NY - ████277



1997 Nissan Pathfinder 4 Dr Wagon Sport Utility - J████████████0989
State of Origin: NY
Series: LE/SE/XE
Price: $24,899
Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Registrants

ILAN DAVID AVITSEDEK (Male) - HISTORICAL
01/##/1969 (50)
Person ID: ████████████
████████████
Driver License Number: #############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Tag Number: ████277 - NY
License Plate Type: Private
Previous Tag Number: █████07 - NY
Registration Dates: 11/24/2006 - 11/24/2006
Expiration Date: 12/14/2007

### Owners

ILAN DAVID AVITSEDEK (Male) - HISTORICAL
01/##/1969
Person ID: ████0216
Possible SSN: ████-####
Driver License Number: #############
13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Title Issue Dates: 12/22/2006 - 12/22/2006

## Drivers Licenses

############# - (FL) - Historical
MR ILAN DAVID AVITSEDEK (Male)
████ ####
01/##/1969 (50)
Person ID: ████0216
███████████████████UNNY ISLES BEACH, FL 33160-3409 MIAMI-DADE
Issue Date: 05/14/1997
Expiration Date: 01/06/2004
Height/Weight: 6' 3"
Race: WHITE
Orig Issue Date: 05/14/1997
Orig Exp Date: 01/06/2004
Active Date: 08/2002
OOS Prev DL Number: ###### ## ######
OOS Prev State: FF
Non DMV Source: N
License Class: D - Non-Commercial - Any Single Vehicle less than 8000 pounds
Dates Seen: 08/2002 - 09/2002

############# - (FL) - Historical
MR ILAN DAVID AVITSEDEK (Male)
████ -####
01/##/1969 (50)
Person ID: ████0216
███████████████████UNNY ISLES BEACH, FL 33160-3409 MIAMI-DADE
Issue Date: 05/14/1997
Expiration Date: 08/15/2002
Race: WHITE
Orig Exp Date: 01/06/2004
Inactive Date: 08/2002
Non DMV Source: N
License Class: D - Non-Commercial - Any Single Vehicle less than 8000 pounds
Dates Seen: 08/2002 - 08/2002

## Aliases

ILAN DAVID AVITSEDEK (Male)
01/##/1969 (50)
Person ID: ███████████
Current DOB

Current Name

██████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

████████ ####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN AVITSEDEK
01/##/1969 (50)
Person ID: ████████0216
Current DOB

██████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

███████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN D AVITSEDEK
07/##/1969 (50)
Person ID: ████████0216
Current Name

██████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

███████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN AVI
01/##/1969 (50)
Person ID: ████████0216
Current DOB

███████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

███████####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN AVITSEADEK
01/##/1969 (50)
Person ID: ███████0216
Current DOB
███████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

███████#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN AVI-TSEDEK
01/##/1969 (50)
Person ID: ███████0216
Current DOB
███████### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

███████####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN AVISEDEK
01/##/1969 (50)
Person ID: ███████0216
Current DOB
███████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

███████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN AVITSADEK
01/##/1969 (50)
Person ID:███████0216
Current DOB
███████### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████-#### 
Issued Location: New York 
Issued Dates: 09/02/1998 - 10/01/2001 
Valid 
Matches Subject

---

IIAN AVITSEDEK 
01/##/1969 (50) 
Person ID: ████████0216 
Current DOB 
████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

████-#### 
Issued Location: New York 
Issued Dates: 09/02/1998 - 10/01/2001 
Valid 
Matches Subject

---

ILAN AVITRSEDEK 
01/##/1969 (50) 
Person ID: ████████216 
Current DOB 
██████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

████████#### 
Issued Location: New York 
Issued Dates: 09/02/1998 - 10/01/2001 
Valid 
Matches Subject

---

ILAN TSEDEK 
01/##/1969 (50) 
Person ID: ████████216 
Current DOB 
██████### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

████████#### 
Issued Location: New York 
Issued Dates: 09/02/1998 - 10/01/2001 
Valid 
Matches Subject

ILAN D AVI
01/##/1969 (50)
Person ID: ████████216
Current DOB
████████### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████████##
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN O AVITSEDEK
07/##/1969 (50)
Person ID:████████216
████████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN D AVI TSEDEK
01/##/1969 (50)
Person ID:████████0216
Current DOB
████████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████████####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN D AVI TSEDEK
01/##/1969 (50)
Person ID: ████████216
Current DOB
████████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████████###
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001

Valid
Matches Subject

---

A ILAN
01/##/1969 (50)
Person ID: ███████0216
Current DOB
████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

---

████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

I TSEDEK
01/##/1969 (50)
Person ID: ███████0216
Current DOB
████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

---

████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN D AVITSEDEK
01/##/1969 (50)
Person ID: ████████████
Current DOB
Current Name
████#### Issued Location: New York Issued Dates: 01/01/1977 - 12/31/1979 Valid Does Not
Match Subject

---

████#### 
Issued Location: New York
Issued Dates: 01/01/1977 - 12/31/1979
Valid
Does Not Match Subject

---

ILAN D TSEDEK
07/##/1969 (50)
Person ID: ███████0216

████## Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN AVITSEDEK
01/##/1969 (50)
Person ID:████████0216
Current DOB
████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Close to
Subject

████#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Close to Subject

---

ILAN O AVI
07/##/1969 (50)
Person ID:████████0216
████-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████████ 
████ Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN O AVI TSEDEK
07/##/1969 (50)
Person ID:████████0216
073-88-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches
Subject

████-#### 
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

---

ILAN O AVI TSEDEK
07/##/1969 (50)
Person ID: ████████0216
073-88-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Matches Subject

████-####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Matches Subject

ILAN AVITSEADEK
01/##/1969 (50)
Person ID: ████████0216
Current DOB
████████#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid Close to Subject

████████###
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid
Close to Subject

ILAN AVITSEDEK
1969 (50)
Person ID: ████████0216
██-#### Issued Location: New York Issued Dates: 01/01/1977 - 12/31/1979 Valid Does Not Match Subject

████-####
Issued Location: New York
Issued Dates: 01/01/1977 - 12/31/1979
Valid
Does Not Match Subject

## Imposters (Individuals with who share SSN with subject)

NO RECORDS

## Bankruptcies

NO RECORDS

## Liens/Judgments

Amount: $1,692
Filing Jurisdiction: NY
Multiple Defendant: true
Certificate Number: E145779139W00
Origin Filing Date: 05/23/2019

### Debtors

AVITSEDEK, ILAN
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU

#### Parties

MR ILAN AVITSEDEK
Person ID: 000099120216
███████###

YANAY, SHARON
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU

#### Parties

MS SHARON YANAY
Person ID: ██████████573

### Creditors

STATE OF NEW YORK

#### Parties

STATE OF NEW YORK

### Filings

STATE TAX WARRANT - E145779139W0015,
Origin Filing Date: 05/23/2019
Agency: NASSAU COUNTY CLERK

Amount: $27,289
Filing Jurisdiction: NY
Multiple Defendant: false
Eviction: N
Origin Filing Date: 11/15/2005

## Debtors

AVITSEDEK, ILAN
327 AVENUE O, BROOKLYN, NY 11230-6322 KINGS

### Parties

MR ILAN AVITSEDEK
Person ID: ██████0216
█████████###

## Creditors

VELOCITY INVESTM ENTS LLC

### Parties

VELOCITY INVESTM ENTS LLC

## Filings

CIVIL JUDGMENT - 002170404,
Origin Filing Date: 11/15/2005
Agency: KINGS BOROUGH SUPREME COURT - CIVIL DIVISION

---

(2170404)
Amount: $27,289
Multiple Defendant: false
Origin Filing Date: 11/15/2005

## Debtors

AVITSEDEK, ILAN
327 AVENUE O, BROOKLYN, NY 11230-6322 KINGS

### Parties

MR ILAN AVITSEDEK
Person ID: ██████0216
█████████###

## Creditors

VELOCITY INVESTMENTS LLC

### Parties

VELOCITY INVESTMENTS LLC
Business ID: ███████914
FEIN: █████684

## Debtor Attorneys

MALEN AND ASSOCIATES P C 123 FROST ST WESTBURY, NY 11590

### Filings

JUDGMENT
Origin Filing Date: 11/15/2005

Amount: $26,989.56
Filing Jurisdiction: NY
Multiple Defendant: false
Origin Filing Number: 315799/04 (TRANSCRIPT OF JUDGMENT)
Origin Filing Date: 01/28/2005

### Debtors

AVITSEDEK ILAN
327 AVENUE O, BROOKLYN, NY 11230-6322 KINGS

#### Parties

MR ILAN AVITSEDEK
Person ID: ████████0216
██████-####

## Creditors

EMPIRE PORTFOLIOS INC

#### Parties

EMPIRE PORTFOLIOS INC
Business ID: 0██████206

## Debtor Attorneys

UPTON,COHEN & SLAMOWITZ
199 CROSSWAYS PARK DR, WOODBURY, NY 11797-2016 NASSAU

### Filings

JUDGMENTS DOCKET

Origin Filing Date: 01/28/2005
Agency: CIVIL COURT

---

Amount: $20,473.46
Filing Jurisdiction: NY
Multiple Defendant: false
Origin Filing Number: 37384/04 (TRANSCRIPT OF JUDGMENT)
Origin Filing Date: 11/23/2004

### Debtors

AVITSEDEK ILAN
327 AVENUE O, BROOKLYN, NY 11230-6322 KINGS

#### Parties

MR ILAN AVITSEDEK
Person ID:██████████0216
██████████####

### Creditors

CAVALIER GROWTH & INCOME FUND LLC

#### Parties

CAVALIER GROWTH & INCOME FUND LLC
Business ID: ██████████932

### Debtor Attorneys

MALEN & ASSOCIATES, PC
123 FROST ST, AUSTIN, TX 11590

### Filings

JUDGMENTS DOCKET
Origin Filing Date: 11/23/2004
Agency: CIVIL COURT

## Foreclosures

NO RECORDS

## Properties

TOWN #1 SCH DIST 014
Data Source: B
Record Type: A - Assessed

## Assessment

Parcel Number: 39-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
Location: NASSAU NY
Sales Price: $375,000
Assessed Total Value: $733
Market Total Value: 293,200
Market Value Year: 2018
Assessed Value Year: 2018
Tax Year: 2018
Tax Amount: 14,393.44
Owner Occupied: Y
Recording Date: 09/23/2014
Prior Recording Date: 09/09/2010
Recorder Location: pg 85, 13129
Lot Number: 118
Brief Description: TOWN #1 SCH DIST 014

## Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137

Assessee
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598
Original Names: AVITSEDEK ILAN & YANAY SHARON

### Names

MR ILAN AVITSEDEK
█████████###
Person ID: ██████████0216

MS YANAY SHARON AVITSEDEK

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Data Source: A
Record Type: A - Assessed

## Assessment

Parcel Number: 39-113- -0118-0
Location: NASSAU NY
Sale Date: 09/23/2014
Sales Price: $375,000
Mortgage Loan Amount: $300,000
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: CONTINENTAL HM LOANS INC
Assessed Total Value: $733
Assessed Improvement Value: 1
Market Land Value: 292,800
Market Improvement Value: 400
Market Total Value: 293,200
Tax Year: 2018
Tax Amount: 14,265.82
Recording Date: 10/02/2014
Recorder Location: pg 85, 13129
Lot Number: 118

## Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137

Assessee
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137
Original Names: AVITSEDEK ILAN, YANAY SHARON

### Names

MR ILAN AVITSEDEK
██████###
Person ID: ████████0216

MS SHARON YANAY
Person ID: ████████9573

Seller
Original Names: WARD EILEEN A

### Names

MS EILEEN A WARD
1████████##
Person ID: ████████4854

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Data Source: A
Record Type: A - Assessed

## Assessment

Parcel Number: 09631-0077
Location: QUEENS NY
Sale Date: 02/25/2003
Sales Price: $282,000
Mortgage Loan Amount: $253,800
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: MORTGAGE ENT LTD
Assessed Total Value: $21,565
Assessed Improvement Value: 9,995
Market Land Value: 257,000
Market Improvement Value: 222,000
Market Total Value: 479,000
Tax Year: 2018
Tax Amount: 4,511.14
Recording Date: 07/23/2003
Prior Recording Date: 09/01/1994
Lot Number: 77

## Entities

Property
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902

Assessee
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902
Original Names: AVITSEDEK ILAN

### Names

MR ILAN AVITSEDEK
████ ####
Person ID: ██████ 0216

Seller
Original Names: SINGH MEHAR

### Names

MEHAR SINGH
████ ###
Person ID: ██████ 6396

1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Data Source: B
Record Type: D - Deed

## Deed

Parcel Number: 1334-39
Location: KINGS
Contract Date: 12/18/2017
Recording Date: 01/04/2018
Document Type: DE - DEED
Document Number: 2018000004231
First T/D Loan Type: UNKNOWN
First T/D Loan Amount: $160,000
Brief Description: DOCID-2018010100003001

## Entities

Property
1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Original Address: 1643 PACIFIC STREET, BROOKLYN, NY

Buyer
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVENUE, WOODMERE, NY 11598
Original Names: AVITSEDEK , ILAN

### Names

MR ILAN AVITSEDEK
█████###
Person ID: ███████0216

Seller
142 CRESCENT ST, BROOKLYN, NY 11208-1645 KINGS
Original Address: 142 CRESCENT STREET, BROOKLYN, NY 11208
Original Names: 1643 PACIF INC

### Names

1643 PACIF INCORPORATED
Business ID: ███████105

1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Data Source: A

Record Type: D - Deed

### Deed

Parcel Number: 01334-0039
Location: KINGS
Contract Date: 12/18/2017
Recording Date: 01/18/2018
Document Type: T - DEED OF TRUST
Document Number: 21390
First T/D Loan Type: CONVENTIONAL
First T/D Loan Amount: $400,000
Type Financing: FIX - FIXED
First T/D Due Date: 01/01/2048
Title Company: MADISON TITLE AGCY LLC
Transaction Type: 2 - REFINANCE
Mortgage Deed Type: CE
Mortgage Term Code: Y - YEARS
Mortgage Term: 30
Lender Name: FEDERAL SVGS BK FEDERAL SVGS BK

### Entities

Property
1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Original Address: 1643 PACIFIC ST, BROOKLYN, NY 11213-1364

Buyer
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137
Original Names: AVITSEDEK, ILAN

### Names

MR ILAN AVITSEDEK
██████###
Person ID:████████0216

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Data Source: A
Record Type: D - Deed

### Deed

Parcel Number: 09631-0077
Location: QUEENS
Contract Date: 06/02/2017
Recording Date: 07/20/2017

Document Type: T - DEED OF TRUST
Document Number: 266757
First T/D Loan Type: CONVENTIONAL
First T/D Loan Amount: $300,000
First T/D Due Date: 07/01/2047
Title Company: GOLDSTAR ABSTRACT LLC
Transaction Type: 2 - REFINANCE
Mortgage Deed Type: MG - MORTGAGE
Mortgage Term Code: Y - YEARS
Mortgage Term: 30
Lender Name: LOANDEPOT.COM LLC LOANDEPOT.COM LLC

## Entities

Property
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, RICHMOND HILL, NY 11418-1902

Buyer
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137
Original Names: AVITSEDEK, ILAN

### Names

MR ILAN AVITSEDEK
██████ ####
Person ID: ██████████

1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Data Source: A
Record Type: A - Assessed

### Assessment

Parcel Number: 01334-0039
Location: KINGS NY
Sale Date: 12/15/2016
Sales Price: $546,083
Mortgage Loan Amount: $240,000
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: WASHINGTON EQUITY FNDG CORP
Assessed Total Value: $40,608
Assessed Improvement Value: 27,661
Market Land Value: 308,000
Market Improvement Value: 658,000
Market Total Value: 966,000
Tax Year: 2017
Tax Amount: 8,072.46

Recording Date: 01/19/2017
Prior Recording Date: 02/15/2012
Lot Number: 39

## Entities

Property
1643 PACIFIC ST, BROOKLYN, NY 11213-1364 KINGS
Original Address: 1643 PACIFIC ST, BROOKLYN, NY 11213-1364

Assessee
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137
Original Names: ILAN AVITSEDEK

### Names

MR ILAN AVITSEDEK
███████ ###
Person ID: ███████ 0216

Seller
Original Names: GRANT VAGENA

### Names

MR GRANT VAGENA
███████ ####
Person ID: ███████ 258

20 ROOSEVELT PL, BROOKLYN, NY 11233-3116 KINGS
Data Source: A
Record Type: D - Deed

### Deed

Parcel Number: 01562-0035
Location: KINGS
Recording Date: 06/29/2015
Document Type: L - LIS PENDENS
Title Company: ATTORNEY ONLY

## Entities

Property
20 ROOSEVELT PL, BROOKLYN, NY 11233-3116 KINGS
Original Address: 20 ROOSEVELT PL, BROOKLYN, NY 11233-3116

Buyer
20 ROOSEVELT PL, BROOKLYN, NY 11233-3116 KINGS
Original Address: 20 ROOSEVELT PL, BROOKLYN, NY 11233-3116
Original Names: AVITSEDEK, ILAN

### Names

MR ILAN AVITSEDEK

██████████

Person ID: ███████216

Seller
Original Names: PEREZ FELIX

### Names

MR FELIX PEREZ

███████###

Person ID: ██████████

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Data Source: B
Record Type: D - Deed

### Deed

Parcel Number: 39-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
Location: NASSAU
Contract Date: 09/23/2014
Recording Date: 10/02/2014
Sales Price: $375,000
Total Transfer Tax: $1,500
Document Type: BS - BARGAIN AND SALE DEED
Recorder Location: pg 85,
Document Number: 2014100201648
First T/D Loan Type: THIS CODE IS USED ONLY FOR BKFS LEGACY
Title Company: NONE AVAILABLE

### Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598

Buyer

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 134-05 86 RD, KEW GARDENS, NY 11418
Original Names: AVITSEDEK , ILAN, YANAY , SHARON

### Names

MR ILAN AVITSEDEK
█████-####
Person ID: ██████0216

MS SHARON YANAY
Person ID: ██████9573

Seller
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598
Original Names: WARD , EILEEN A, COYLE , JEANNE M

### Names

MS EILEEN A WARD
████████##
Person ID: ██████4854

MS JEANNE M COYLE
█████-####
Person ID: ██████6738

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Data Source: A
Record Type: D - Deed

### Deed

Parcel Number: 39-113- -0118-0
Location: NASSAU
Contract Date: 09/23/2014
Recording Date: 10/02/2014
Sales Price: $375,000
Document Type: G - DEED
Recorder Location: pg 85, 13129
First T/D Loan Type: CONVENTIONAL
First T/D Loan Amount: $300,000
First T/D Due Date: 10/01/2044
Title Company: STANDARD FORM/NEW YORK BOARD/T
Transaction Type: 1 - RESALE

Mortgage Deed Type: MG - MORTGAGE
Mortgage Term Code: Y - YEARS
Mortgage Term: 30
Lender Name: CONTINENTAL HM LOANS INC

## Entities

Property
320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Original Address: 320 BARR AVE, WOODMERE, NY 11598-1137

Buyer
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, RICHMOND HILL, NY 11418-1902
Original Names: AVITRSEDEK, ILAN

### Names

MR ILAN AVITRSEDEK
 #
Person ID:

Seller
Original Names: WARD EILEEN A

### Names

 #
Person ID: 4854

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Data Source: B
Record Type: A - Assessed

### Assessment

Parcel Number: 9631-77
Location: QUEENS NY
Mortgage Lender: COUNTRYWIDE HOME LOANS
Assessed Total Value: $14,976
Assessed Improvement Value: 11,210
Market Land Value: 125,000
Market Improvement Value: 372,000
Market Total Value: 497,000
Market Value Year: 2008
Assessed Value Year: 2008

Owner Occupied: Y
Lot Number: 77

## Entities

Property
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 134-05 86TH RD, JAMAICA, NY 11418

Assessee
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902
Original Names: ILAN AVITSEDEK

### Names

MR ILAN AVITSEDEK
██████ ####
Person ID: ████████0216

---

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Data Source: A
Record Type: D - Deed

## Deed

Parcel Number: 09631-00077
Location: QUEENS
Contract Date: 07/28/2004
Recording Date: 01/04/2005
Document Type: T - DEED OF TRUST
Document Number: 5111
First T/D Loan Type: CONVENTIONAL
First T/D Loan Amount: $359
Transaction Type: 2 - REFINANCE
Mortgage Deed Type: MG - MORTGAGE
Lender Name: GREENPOINT MTG FNDG

## Entities

Property
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902

Buyer
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, RICHMOND HILL, NY 11418-1902

Original Names: AVITSEDEK, ILAN

### Names

MR ILAN AVITSEDEK
█████-####
Person ID: █████216

---

13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Data Source: A
Record Type: A - Assessed

### Assessment

Parcel Number: 09631-00077
Location: QUEENS NY
Sale Date: 02/25/2003
Sales Price: $282,000
Mortgage Loan Amount: $253,800
Mortgage Loan Type: CONVENTIONAL
Mortgage Lender: MORTGAGE ENT LTD
Assessed Total Value: $14,021
Assessed Improvement Value: 12,447
Market Land Value: 26,233
Market Improvement Value: 207,450
Market Total Value: 395,400
Tax Year: 2004
Tax Amount: 1,770.18
Recording Date: 07/23/2003
Prior Recording Date: 09/01/1994
Lot Number: 77

## Entities

Property
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902

---

Assessee
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS
Original Address: 13405 86TH RD, JAMAICA, NY 11418-1902
Original Names: ILAN AVITSEDEK

### Names

MR ILAN AVITSEDEK
█████###
Person ID: █████0216

Seller
Original Names: SINGH MEHAR

## Names

MEHAR SINGH


## Civil Court Records

NO RECORDS

## Notice of Defaults

NO RECORDS

## UCC Filings

NO RECORDS

## Corporate Affiliations

N & M DEVELOPMENT LLC - PRESIDENT - ACTIVE
MR ILAN DAVID AVITSEDEK (Male)
13405 86TH RD, JAMAICA, NY 11418-1902 (BUSINESS)
Business ID: 0
State: CT
Corporation Number: ███62
Filing Date: 04/24/2013
Record Date: 08/08/2019
Record Type: CURRENT

FIVE FRAN LLC - MANAGER - ACTIVE
MR ILAN AVITSEDEK (Male)
2876 N STATE ROAD 7, LAUDERDALE LAKES, FL 33313-1910 (PRINCIPAL)
Business ID: 0
State: FL
Corporation Number: ███8317
Filing Date: 10/22/2015
Record Date: 07/17/2019
Record Type: CURRENT

TISY CONSULTING INC. - ACTIVE
MR ILAN AVI TSEDEK (Male)

Business ID: ██████5656
State: NY
Corporation Number: ██████44
Filing Date: 11/10/2011
Record Date: 07/31/2019
Record Type: CURRENT

## Sexual Offenses

NO RECORDS

## Possible Student Information

Dates Reported: 09/22/2016 - 08/05/2019

## Possible Student Records

11/##/02
██████###
Dates Reported: 09/22/2016 - 08/05/2019
Address At College: 13405 86TH RD, JAMAICA, NY 11418-1902
Phone At College: ██████5718
Attended High School: Y - 1987
Years Since HS Graduation: 32 yrs

## Voter Registrations

NONE DECLARED - 02/13/2013 (New York)
MR ILAN D AVITSEDEK (Male)
██████-####
01/##/1969
Person ID: ██████0216
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS

DEMOCRAT - 06/15/2011 (New York) - Active
O AVI TSEDEK ILAN (Male)
██████8-####
07/##/1969
Person ID: ██████0216
13405 86TH RD, JAMAICA, NY 11418-1902 QUEENS

## Professional Licenses

NO RECORDS

## Relatives

## Summary
SHARON YANAY (1st)
AVI SWED (1st)

Person ID: ██████████9573
Date Last Cohabitation: 06/2019
Confidence: 32%

### Aliases

SHARON YANAY
02/##/1972 (47)
Person ID: ████████9573

### Addresses

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Shared)
Dates Seen: 10/2014 - 05/2019

#### Residents

ILAN D AVITSEDEK
01/##/1969 (50)
████████### Issued Location: New York Issued Dates: 09/02/1998 -
10/01/2001 Valid

████████####
Issued Location: New York
Issued Dates: 09/02/1998 - 10/01/2001
Valid

EILEEN A COYLE
04/##/1931 (88)
████████-#### Issued Location: New York Issued Dates: 01/01/1936 -
12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

████████-####
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid
(High Risk Indicator) SSN belongs to a person reported as
deceased.

PELEG YANNAY
████████4-#### Issued Location: New York Issued Dates: 03/30/1996 -
02/02/1998 Valid

███████ : New York
Issued Dates: 03/30/1996 - 02/02/1998
Valid

SHARON YANAY
02/##/1972 (47)

## Phones

(████████-5718 (EDT)
Listing: AVITSEDEK ILAN D
Published

████████-2900 (EDT)
Listing: CONTACT CONSTRUCTION INC
Published

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS (Shared)
Dates Seen: 01/2007 - 07/2016

### Residents

YARONA YANAY
02/##/1972 (47)
████ #### Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

████-####
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

SAAR EZRA

Person ID: ████████2423
Confidence: 5%

### Aliases

AVI SWED
Person ID: ████████████
████-#### Issued Location: New York Issued Dates: 03/03/1998 - 04/03/2001 Valid

██████-####
Issued Location: New York
Issued Dates: 03/03/1998 - 04/03/2001
Valid

## ALI SWED

Person ID: ██████2423

██████-#### Issued Location: New York Issued Dates: 03/03/1998 - 04/03/2001 Valid

██████-####
Issued Location: New York
Issued Dates: 03/03/1998 - 04/03/2001
Valid

## SWED AVI

Person ID: ██████2423

██████-#### Issued Location: New York Issued Dates: 03/03/1998 - 04/03/2001 Valid

██████####
Issued Location: New York
Issued Dates: 03/03/1998 - 04/03/2001
Valid

## Addresses

401 E 83RD ST APT 5C, NEW YORK, NY 10028-6192 NEW YORK (Shared)
Dates Seen: 2000 - 09/2015

### Residents

#### ALEXANDER M CAUVEREN
11/##/1962 (56)

██████#### Issued Location: New York Issued Dates: 08/04/1998 - 09/01/2001 Valid

██████-####
Issued Location: New York
Issued Dates: 08/04/1998 - 09/01/2001
Valid

#### JULIA R SCHNEIDERMAN

#### LEANDRO M ALONSO

364 EVERGREEN AVE APT, BROOKLYN, NY 11221-3842 KINGS
Dates Seen: 11/2004 - 11/2004

## Residents

### CARL S CALLENDER
12/##/1978 (40)
███████ #### Issued Location: New York Issued Dates: 01/01/1989 - 12/31/1990 Valid

███████ ####
Issued Location: New York
Issued Dates: 01/01/1989 - 12/31/1990
Valid

### GREGOR A VIGIER
01/##/1959 (60)
███████ ### Issued Location: New York Issued Dates: 01/01/1983 - 12/31/1985 Valid

███████-####
Issued Location: New York
Issued Dates: 01/01/1983 - 12/31/1985
Valid

### ELIZABETH E VIGIER
11/##/1958 (60)
███████ #### Issued Location: New York Issued Dates: 01/01/1985 - 12/31/1987 Valid (High Risk Indicator) SSN matches bankruptcy file.

███████-####
Issued Location: New York
Issued Dates: 01/01/1985 - 12/31/1987
Valid
(High Risk Indicator) SSN matches bankruptcy file.

### MICHELLE J VIGIER
04/##/1979 (40)
███████ ## Issued Location: New York Issued Dates: 01/01/1985 - 12/31/1987 Valid

███████ ####
Issued Location: New York
Issued Dates: 01/01/1985 - 12/31/1987
Valid

ANTHONIA VIGIER CALLENDER
08/##/1983 (36)
███ ### Issued Location: New York Issued Dates: 01/01/1985 -
12/31/1987 Valid

███ ####
Issued Location: New York
Issued Dates: 01/01/1985 - 12/31/1987
Valid

100 CORNELIA ST APT, BROOKLYN, NY 11221-5101 KINGS
Dates Seen: 06/2002 - 04/2004

### Residents

PAULA TEJADA

DINORKA I RODRIGUEZ
03/##/1988 (31)

EMELY JAQUEZ
03/##/1998 (21)

265 EVERGREEN AVE APT, BROOKLYN, NY 11221-3136 KINGS
Dates Seen: 2002 - 2004

### Residents

WILFREDO JUSINO
███ ### Issued Location: New York Issued Dates: 01/01/1978 -
12/31/1979 Valid

███ ####
Issued Location: New York
Issued Dates: 01/01/1978 - 12/31/1979
Valid

NIDIA NEGRON
05/##/1946 (73)
███ ### Issued Location: New York Issued Dates: 01/01/1961 -
12/31/1963 Valid

 ####

Issued Location: New York
Issued Dates: 01/01/1961 - 12/31/1963
Valid

---

**LISANDRA I ZAYAS**
01/##/1980 (39)
████ ### Issued Location: New York Issued Dates: 01/01/1980 -
12/31/1982 Valid

---

████ ####
Issued Location: New York
Issued Dates: 01/01/1980 - 12/31/1982
Valid

---

**DESTINE ZAYAS**
10/##/1995 (23)

---

**JOCELYN M JUSINO**
03/##/1998 (21)
████ #### Issued Location: New York Issued Dates: 03/03/1998 -
04/03/2001 Valid

---

████ ##
Issued Location: New York
Issued Dates: 03/03/1998 - 04/03/2001
Valid

---

# Associates

Person ID: ████ 1132
Date Last Cohabitation: 06/2002
Confidence: 10%

## Aliases

**DONNA M RAPISARDA**
01/##/1971 (48)
Person ID: ████ 1132
████ #### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981 Valid

---

████ -####
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

---

**DONNA M ARPISARDA**

01/##/1971 (48)
Person ID: ██████████1132
██████ ### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981 Valid

████████ ####
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

DONNA L RAPISARDA
01/##/1971 (48)
Person ID: ██████████1132
██████-#### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981 Valid

████████ ####
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

## Addresses

19 PINE MOUNTAIN CIR, BARKHAMSTED, CT 06063-1143 LITCHFIELD
Dates Seen: 05/2018 - 07/2018

### Residents

KATHERINE KRONENGOLD
02/##/1973 (46)
██████ ### Issued Location: New York Issued Dates: 01/01/1978 -
12/31/1980 Valid

████████ -####
Issued Location: New York
Issued Dates: 01/01/1978 - 12/31/1980
Valid

DONNA M RAPISARDA
01/##/1971 (48)
██████ ### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981
Valid

████████ ###
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

DONNA M RAPISARDA

████ #### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981
Valid

████-####
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

GREGORY A MIRZAYANTZ

143 MEADOW VIEW RD, RINDGE, NH 03461-5432 CHESHIRE
Dates Seen: 2004 - 06/2006

## Residents

MATTHEW D LAMBERT
11/##/1975 (43)
████ #### Issued Location: New Hampshire Issued Dates: 01/01/1984 -
12/31/1985 Valid

████ ####
Issued Location: New Hampshire
Issued Dates: 01/01/1984 - 12/31/1985
Valid

LISA MARIE MULHOLLAND
05/##/1971 (48)
████ ## Issued Location: Massachusetts Issued Dates: 01/01/1986 -
12/31/1987 Valid

████ ####
Issued Location: Massachusetts
Issued Dates: 01/01/1986 - 12/31/1987
Valid

JUSTIN P PARE
06/##/1979 (40)
████ ### Issued Location: Massachusetts Issued Dates: 01/01/1985 -
12/31/1987 Valid

████ ##
Issued Location: Massachusetts
Issued Dates: 01/01/1985 - 12/31/1987
Valid

## Phones

██████|6225

---

298 MULBERRY ST APT 5M, NEW YORK, NY 10012-3338 NEW YORK
Shared: Yes
Dates Seen: 01/2005 - 05/2005

### Phones

---

██████|6225

---

432 W 56TH ST APT 2V, NEW YORK, NY 10019-7807 NEW YORK
Dates Seen: 03/1992 - 01/2003

### Residents

EDWARD J MARQUETTE
05/##/1961 (58)
██████-#### Issued Location: New York Issued Dates: 01/01/1977 -
12/31/1978 Valid

████████### 
Issued Location: New York
Issued Dates: 01/01/1977 - 12/31/1978
Valid

---

JUDY A MARQUETTE
08/##/1966 (53)
████████████████████████████████████████
█████████ Valid

████████#### 
Issued Location: New York
Issued Dates: 01/01/1972 - 12/31/1973
Valid

---

EDWARD R MARQUETTE
04/##/1932 (87)
████████### Issued Location: New York Issued Dates: 01/01/1936 -
12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

████████#### 
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid

(High Risk Indicator) SSN belongs to a person reported as deceased.

---

1278 1ST AVE APT 8, NEW YORK, NY 10065-5625 NEW YORK
Shared: Yes
Dates Seen: 01/2001 - 12/2001

---

306 E 89TH ST APT 1B, NEW YORK, NY 10128-5004 NEW YORK
Shared: Yes
Dates Seen: 10/1993 - 01/2001

---

51 3 HILLYER ST, ELMHURST, NY 11373 QUEENS
Dates Seen: 08/1993 - 08/1993

---

212 WARREN ST APT 15B, NEW YORK, NY 10282 NEW YORK

---

22 RIVER TER APT 15B, NEW YORK, NY 10282-1150 NEW YORK

---

55 JOHN ST APT 7N, NEW YORK, NY 10038-3752 NEW YORK
(High Risk Indicator) Tax return preparation service.

---

Person ID: ██████1294
Date Last Cohabitation: 06/2002
Confidence: 6%

### Aliases

---

HAKIM REDA SERHROUCHNI
06/##/1966 (53)
Person ID: ██████1294
██████ ### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

██████###
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

---

R SERHROUCHNI HAKIM
06/##/1966 (53)
Person ID: ██████294
██████ ### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████-####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

---

HAKIM SERHROUCHNI R
06/##/1966 (53)
Person ID: ██████1294
████ #### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████ ####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

---

HAKIM R SERHEROUCHNI
06/##/1966 (53)
Person ID: ██████1294
████ #### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████ ####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

---

HAKIM SERHROUATNI
06/##/1966 (53)
Person ID: ██████1294
████-#### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████-####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

---

R SERHROUCHNI HAKIM
06/##/1966 (53)
Person ID: 002301511294
████ #### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████ ####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

REDA SERHROUCHNI HAKIM
06/##/1966 (53)
Person ID: ████████████
████████ ### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████████####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

## Addresses

927 E 45TH ST, BROOKLYN, NY 11203-6508 KINGS
Dates Seen: 2017 - 04/2018

### Residents

KIRKWOOD A BELL
1968 (51)
████████ ### Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████████####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

CAMEICA T LAWRENCE
11/##/1981 (37)
████████## Issued Location: New York Issued Dates: 01/02/2001 - 01/01/2002 Valid

████████###
Issued Location: New York
Issued Dates: 01/02/2001 - 01/01/2002
Valid

HAKIM REDA SERHROUCHNI
06/##/1966 (53)
████████# Issued Location: New York Issued Dates: 01/01/1991 - 12/31/1993 Valid

████████#
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

SILVANIE D MCCARTHY
03/##/1943 (76)

---

10 SHERIDAN SQ APT, NEW YORK, NY 10014-6824 NEW YORK
Dates Seen: 10/2004 - 04/2018

---

250 W 19TH ST APT 12A, NEW YORK, NY 10011-4048 NEW YORK
Dates Seen: 08/2011 - 09/2011

---

377 RECTOR PL APT 9G, NEW YORK, NY 10280-1436 NEW YORK
Dates Seen: 05/2010 - 09/2011

---

22 RIVER TER APT 15B, NEW YORK, NY 10282-1150 NEW YORK
Dates Seen: 01/2006 - 02/2006

---

298 MULBERRY ST APT 5M, NEW YORK, NY 10012-3338 NEW YORK
Shared: Yes
Dates Seen: 04/2004 - 01/2006

---

1278 1ST AVE APT 8, NEW YORK, NY 10065-5625 NEW YORK
Shared: Yes
Dates Seen: 09/1991 - 01/2003

### Phones

█████-4741

---

402 E 69TH ST APT 28, NEW YORK, NY 10021-5628 NEW YORK
Dates Seen: 01/2003 - 01/2003

---

152 E 22ND ST APT 5C, NEW YORK, NY 10010-6348 NEW YORK
Dates Seen: 09/1991 - 01/2003

### Phones

█████4741

---

58 W 68TH ST APT 1F, NEW YORK, NY 10023-6039 NEW YORK
Dates Seen: 09/1991 - 02/2001

## Residents

ERIC RICHARD ELLIOTT
12/##/1968 (5█
████### Issued Location: Nebraska Issued Dates: 01/01/1983 -
12/31/1984 Valid

████ ####
Issued Location: Nebraska
Issued Dates: 01/01/1983 - 12/31/1984
Valid

## Phones

████-4741

Person ID: ██████5325
Date Last Cohabitation: 06/2019
Confidence: 14%

## Aliases

YARONA YANAY
02/##/1972 (47)
Person ID: █████5325
█████## Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

████ ####
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

YARONA YANAY
02/##/1972 (47)
Person ID: █████325
█████#### Issued Location: New York Issued Dates: 01/01/1952 - 12/31/1954 Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

████-####
Issued Location: New York
Issued Dates: 01/01/1952 - 12/31/1954
Valid
(High Risk Indicator) SSN belongs to a person reported as deceased.

## Addresses

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS

Shared: Yes
Dates Seen: 11/2003 - 08/2007

### Residents

YARONA YANAY
02/##/1972 (47)
██████ ## Issued Location: New Jersey Issued Dates: 08/02/1994 -
02/01/1996 Valid

████████
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

SAAR EZRA

886 E 16TH ST APT 2, BROOKLYN, NY 11230-3002 KINGS
Dates Seen: 12/1999 - 01/2005

### Residents

JOSEPH E ABRAMCZYK
07/##/1955 (64)
██████ # Issued Location: New York Issued Dates: 01/01/1988 -
12/31/1989 Valid

███████ ###
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1989
Valid

### Phones

████████

1478 E 2ND ST APT, BROOKLYN, NY 11230-6302 KINGS
Dates Seen: 08/1997 - 12/2004

### Residents

MOSHE M ADI
7/1963 (56)
██████ -#### Issued Location: California Issued Dates: 01/01/1986 -
12/31/1986 Valid

███### 
Issued Location: California
Issued Dates: 01/01/1986 - 12/31/1986
Valid

---

AMY S ADI
11/##/1967 (51)
███### Issued Location: Georgia Issued Dates: 01/01/1985 - 12/31/1985
Valid

███####
Issued Location: Georgia
Issued Dates: 01/01/1985 - 12/31/1985
Valid

---

HANNAH R DAUM
07/##/1985 (34)
███### Issued Location: California Issued Dates: 01/01/1986 - 12/31/1987 Valid

███####
Issued Location: California
Issued Dates: 01/01/1986 - 12/31/1987
Valid

---

ISRAEL SUTTON
09/##/1982 (36)

---

GABRIEL HIBA

**Phones**

(███

---

1455 E 85TH ST APT 1, BROOKLYN, NY 11236-5129 KINGS
Dates Seen: 04/1996 - 01/2003

---

1473 E 94TH ST APT 2, BROOKLYN, NY 11236-5098 KINGS
Dates Seen: 11/1996 - 06/1997

**Residents**

IZHAK TIRI

09/##/1957 (61)
████ ### Issued Location: New York Issued Dates: 01/01/1988 -
12/31/1990 Valid

████ ###
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1990
Valid

RONIT YANAY
7/1966 (53)
████ #### Issued Location: New York Issued Dates: 01/01/1991 -
12/31/1993 Valid

████ ####
Issued Location: New York
Issued Dates: 01/01/1991 - 12/31/1993
Valid

**Phones**

████-1507

---

Person ID: ████97033
Date Last Cohabitation: 05/2019
Confidence: 5%

### Aliases

PELEG YANNAY
Person ID: ████7033
████-#### Issued Location: New York Issued Dates: 03/30/1996 - 02/02/1998 Valid

████ ###
Issued Location: New York
Issued Dates: 03/30/1996 - 02/02/1998
Valid

### Addresses

2222 BAY AVE APT 2, BROOKLYN, NY 11210-5137 KINGS
Dates Seen: 11/2000 - 11/2010

---

Person ID: ████2172
Date Last Cohabitation: 06/2014
Confidence: 5%

## Aliases

CHAGIT HADAR
Person ID: ████████2172
████████### Issued Location: New York Issued Dates: 08/02/2003 - 10/03/2005 Valid

████████###
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid

HADAR CHAGIT
Person ID: 038091672172
████████## Issued Location: New York Issued Dates: 08/02/2003 - 10/03/2005 Valid

████████###
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid

## Addresses

14 ASH PL, STATEN ISLAND, NY 10314-4302 RICHMOND
Dates Seen: 03/2006 - 07/2014

### Residents

OSHER BENTON
02/##/1973 (46)

YEHONATAN LEVI
08/##/1972 (47)
████████#### Issued Location: New York Issued Dates: 06/02/1995 - 03/03/1997 Valid

████████-####
Issued Location: New York
Issued Dates: 06/02/1995 - 03/03/1997
Valid

RIVKA SCHMELCZER
12/##/1983 (35)

YAKOV SCHMEICZER

01/##/1981 (38)

---

CHAGIT HADAR

███████████████████████████

████████ Valid

████ ####
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid

---

YAEL BENTOV
09/##/1982 (36)

### Phones

(████████-1140 (EDT)
Listing: SCHMEICZER YAKOV
Published

---

3365 ELLIOTT BLVD, OCEANSIDE, NY 11572-3607 NASSAU
Dates Seen: 09/2003 - 06/2006

### Residents

ANTHONY MORELLO
1947 (72)
1████ #### Issued Location: New York Issued Dates: 01/01/1964 -
12/31/1965 Valid

████ -####
Issued Location: New York
Issued Dates: 01/01/1964 - 12/31/1965
Valid

---

KELLY E MURRAY
03/##/1965 (54)
████████ #### Issued Location: New York Issued Dates: 01/01/1967 -
12/31/1968 Valid

████ ####
Issued Location: New York
Issued Dates: 01/01/1967 - 12/31/1968
Valid

---

STEVEN ANTHONY MORELLO
11/##/1995 (23)

---

Person ID: ██████2603
Date Last Cohabitation: 06/2002
Confidence: 10%

### Aliases

DONNA M RAPISARDA
Person ID: ██████2603
████# Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981 Valid

████### 
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

---

DONNA M ARPISARDA
Person ID: ██████2603
████-#### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981 Valid

████#### 
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

### Addresses

19 PINE MOUNTAIN CIR, BARKHAMSTED, CT 06063-1143 LITCHFIELD
Dates Seen: 05/2018 - 05/2018

### Residents

KATHERINE KRONENGOLD
02/##/1973 (46)
████#### Issued Location: New York Issued Dates: 01/01/1978 - 12/31/1980 Valid

████-#### 
Issued Location: New York
Issued Dates: 01/01/1978 - 12/31/1980
Valid

---

DONNA M RAPISARDA
01/##/1971 (48)

██████### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981
Valid

---

██████####
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

---

DONNA M RAPISARDA
██████#### Issued Location: Indiana Issued Dates: 01/01/1980 - 12/31/1981
Valid

---

██████-####
Issued Location: Indiana
Issued Dates: 01/01/1980 - 12/31/1981
Valid

---

GREGORY A MIRZAYANTZ

---

1278 1ST AVE APT 8, NEW YORK, NY 10065-5625 NEW YORK
Shared: Yes
Dates Seen: 11/2000 - 12/2001

---

Person ID: ████████3428
Date Last Cohabitation: 06/2014
Confidence: 5%

## Aliases

YAEL BENTOV
09/##/1982 (36)
Person ID: ██████3428

---

YAEL BER-TOV
09/##/1982 (36)
Person ID: ██████3428

## Addresses

14 ASH PL, STATEN ISLAND, NY 10314-4302 RICHMOND
Dates Seen: 02/2019 - 02/2019

## Residents

OSHER BENTON
02/##/1973 (46)

---

YEHONATAN LEVI
08/##/1972 (47)

█████████████████████████

████████ | Valid

████████ -####
Issued Location: New York
Issued Dates: 06/02/1995 - 03/03/1997
Valid

---

RIVKA SCHMELCZER
12/##/1983 (35)

---

YAKOV SCHMEICZER
01/##/1981 (38)

---

CHAGIT HADAR
████████ #### Issued Location: New York Issued Dates: 08/02/2003 -
10/03/2005 Valid

████████ -####
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid

---

YAEL BENTOV
09/##/1982 (36)

## Phones

████████ -1140 (EDT)
Listing: SCHMEICZER YAKOV
Published

---

1235 E 9TH ST, BROOKLYN, NY 11230-5107 KINGS

## Residents

OSHER BENTON
02/##/1973 (46)

ROSE T SUMNER
08/##/1953 (66)
███████## Issued Location: New York Issued Dates: 01/01/1970 -
12/31/1971 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

███████#### 
Issued Location: New York
Issued Dates: 01/01/1970 - 12/31/1971
Valid
(High Risk Indicator) SSN belongs to a person reported as
deceased.

MICHAEL SHAMAH
11/##/1983 (35)

NINA S SHAMAH
10/##/1986 (32)

### Phones

(███████-8518 (EDT)
Listing: SHAMAH MICHAEL
Published

1324 E 15TH ST, BROOKLYN, NY 11230-6026 KINGS

### Residents

NICOLE S LEVINE
06/##/1965 (54)
███████#### Issued Location: New York Issued Dates: 01/01/1986 -
12/31/1987 Valid

███████#### 
Issued Location: New York
Issued Dates: 01/01/1986 - 12/31/1987
Valid

Person ID: ███████4950
Confidence: 2%

### Aliases

SHIMSHON C STEIN
02/##/1982 (37)
Person ID: ████████4950

SHEMSHON STEIN
02/##/1982 (37)
Person ID: ████████4950

SHIMSON C STEIN
02/##/1982 (37)
Person ID: ████████4950

## Addresses

1560 KEW AVE, HEWLETT, NY 11557-1549 NASSAU
Dates Seen: 12/2014 - 04/2019

### Residents

SHIMSHON C STEIN
02/##/1982 (37)

HADAR STEIN
11/##/1983 (35)

### Phones

████████7750 (EDT)
Listing: STEIN SHIMSHON C
Published

████████-2520 (EDT)
Listing: BLOCK ROCHEL E
Published

366 HAMILTON AVE UNIT 1ST, HEWLETT, NY 11557-1130 NASSAU
Dates Seen: 06/2010 - 2015

15044 78TH RD APT, FLUSHING, NY 11367-3540 QUEENS
Dates Seen: 02/2009 - 12/2010

15331 78TH AVE, FLUSHING, NY 11367-3438 QUEENS
Dates Seen: 07/2008 - 07/2008

## Residents

**JOHN LIN**
08/##/1923 (96)
████ #### Issued Location: New York Issued Dates: 01/01/1957 -
12/31/1960 Valid

████████ ###
Issued Location: New York
Issued Dates: 01/01/1957 - 12/31/1960
Valid

**MAN SUNG LAM**
09/##/1959 (59)
███████## Issued Location: New York Issued Dates: 01/01/1980 -
12/31/1982 Valid

██████ ###
Issued Location: New York
Issued Dates: 01/01/1980 - 12/31/1982
Valid

**JOHN YIENCHIAO LIN JR**
01/##/1975 (44)
██████ ### Issued Location: New York Issued Dates: 01/01/1980 -
12/31/1982 Valid

██████ ###
Issued Location: New York
Issued Dates: 01/01/1980 - 12/31/1982
Valid

**WAN HUA NING**

███████████████████████████
█████████

██████ ####
Issued Location: New York
Issued Dates: 01/01/1982 - 12/31/1984
Valid

**DANNY LAM**
08/##/1985 (34)

MARIA G WU
11/##/1986 (32)

SANDY G WU
3/1990 (29)

Person ID: ██████3786
Date Last Cohabitation: 06/2014
Confidence: 5%

### Aliases

ISRAEL HADAR
03/##/1995 (24)
Person ID: ██████3786

### Addresses

1235 E 9TH ST, BROOKLYN, NY 11230-5107 KINGS

#### Residents

OSHER BENTON
02/##/1973 (46)

ROSE T SUMNER
08/##/1953 (66)
████### Issued Location: New York Issued Dates: 01/01/1970 -
12/31/1971 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

████####
Issued Location: New York
Issued Dates: 01/01/1970 - 12/31/1971
Valid
(High Risk Indicator) SSN belongs to a person reported as
deceased.

MICHAEL SHAMAH
11/##/1983 (35)

NINA S SHAMAH

10/##/1986 (32)

## Phones

██████-8518 (EDT)
Listing: SHAMAH MICHAEL
Published

---

224 AVENUE N APT, BROOKLYN, NY 11230-5509 KINGS

## Residents

KIMBERLY DWECK SHEMIA
10/##/1973 (45)
██████#### Issued Location: New York Issued Dates: 01/01/1988 -
12/31/1989 Valid

██████-####
Issued Location: New York
Issued Dates: 01/01/1988 - 12/31/1989
Valid

---

TOBIN SAUL FINGERER
06/##/1982 (37)
██████-#### Issued Location: New York Issued Dates: 01/01/1983 -
12/31/1984 Valid

██████: New York
██████
Issued Dates: 01/01/1983 - 12/31/1984
Valid

---

SOLOMON S SHEMIA
06/##/1970 (49)
██████### Issued Location: New York Issued Dates: 01/01/1979 -
12/31/1981 Valid

██████####
Issued Location: New York
Issued Dates: 01/01/1979 - 12/31/1981
Valid

---

CHAGIT HADAR
██████### Issued Location: New York Issued Dates: 08/02/2003 -
10/03/2005 Valid

████ ####
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid

---

ISRAEL HADAR
03/##/1995 (24)

---

14 ASH PL, STATEN ISLAND, NY 10314-4302 RICHMOND

### Residents

OSHER BENTON
02/##/1973 (46)

---

YEHONATAN LEVI
08/##/1972 (47)
████ ### Issued Location: New York Issued Dates: 06/02/1995 - 03/03/1997 Valid

████ ####
Issued Location: New York
Issued Dates: 06/02/1995 - 03/03/1997
Valid

---

RIVKA SCHMELCZER
12/##/1983 (35)

---

YAKOV SCHMEICZER
01/##/1981 (38)

---

CHAGIT HADAR
████ ### Issued Location: New York Issued Dates: 08/02/2003 - 10/03/2005 Valid

████ ####
Issued Location: New York
Issued Dates: 08/02/2003 - 10/03/2005
Valid

---

YAEL BENTOV
09/##/1982 (36)

### Phones

████████1140 (EDT)
Listing: SCHMEICZER YAKOV
Published

## Neighbors

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Verified) Dates Seen: 06/2008 - 08/2019 Residents ILAN D AVITSEDEK 01/##/1969 (50) 073-88-#### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid EILEEN A COYLE 04/##/1931 (88) 062-26-#### Issued Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as deceased. PELEG YANNAY 127-84-#### Issued Location: New York Issued Dates: 03/30/1996 - 02/02/1998 Valid SHARON YANAY 02/##/1972 (47) Phones ████████-5718 (EDT) Listing: AVITSEDEK ILAN D Published (516) 792-2900 (EDT) Listing: CONTACT CONSTRUCTION INC Published

### Neighbor Addresses

315 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 07/2016 - 04/2019

#### Residents

YAAKOV YOSEF NEWMAN
12/##/1987 (31)
Person ID:████████2996

#### Phones

(████████-5705 (EDT)
Listing: NEWMAN SHOSHANA
Published

325 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 04/1996 - 06/2019

#### Residents

MITCHELL WENIG
04/##/1961 (58)
Person ID: ████████8515
████████ #### Issued Location: New York Issued Dates: 01/01/1979 -
12/31/1981 Valid

████████-####
Issued Location: New York

Issued Dates: 01/01/1979 - 12/31/1981
Valid

---

325 BARR AVE APT 1, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 01/1998 - 06/2019

### Residents

ROBERT H WENIG
10/##/1930 (88)
Person ID: ████████2123
██████ #### Issued Location: New York Issued Dates: 01/01/1936 -
12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as
deceased.

████-####
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid
(High Risk Indicator) SSN belongs to a person reported as
deceased.

---

1316 PEMBROKE ST APT, BRIDGEPORT, CT 06608-1743 FAIRFIELD Dates Seen: 11/2017 -
05/2018 Residents ERIC ULLOA

### Neighbor Addresses

1315 PEMBROKE ST, BRIDGEPORT, CT 06608-1744 FAIRFIELD
Dates Seen: 04/2019 - 04/2019

### Residents

GERARDO████████████████
████████D: ██████2137

---

1320 PEMBROKE ST FL 1, BRIDGEPORT, CT 06608-1743 FAIRFIELD
Dates Seen: 09/1999 - 06/2019

### Residents

YARIRA MUNIZ TORRES-MUNIZ
01/##/1978 (41)
Person ID: ████████3126
██████ #### Issued Location: Puerto Rico Issued Dates: 01/01/1979 -
12/31/1980 Valid


████-####
Valid

Issued Location: Puerto Rico
Issued Dates: 01/01/1979 - 12/31/1980
Valid

---

13405 86TH RD APT 1, RICHMOND HILL, NY 11418-1902 QUEENS Dates Seen: 07/2003 - 04/2018
Phones ████████5718

## Neighbor Addresses

13404 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 01/2019 - 06/2019

### Residents

PREM PARKASH PREM PARKASH
06/##/1969 (50)
Person ID: ████████8489
████████-#### Issued Location: Massachusetts Issued Dates: 09/02/1999 - 09/01/2001 Valid

████████####
Issued Location: Massachusetts
Issued Dates: 09/02/1999 - 09/01/2001
Valid

---

13406 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 12/1988 - 06/2019

### Residents

SAM TG YEE
12/##/1947 (71)
Person ID: ████████8406
████████-#### Issued Location: New York Issued Dates: 01/01/1963 - 12/31/1964 Valid

████████####
Issued Location: New York
Issued Dates: 01/01/1963 - 12/31/1964
Valid

---

YVONNE E YEE
12/##/1947 (71)
Person ID: ████████6047
████████### Issued Location: New York Issued Dates: 01/01/1963 - 12/31/1964 Valid

██ -####
Issued Location: New York
Issued Dates: 01/01/1963 - 12/31/1964
Valid

---

SAM YEE
01/##/1979 (40)
Person ID: ███9797
████ #### Issued Location: New York Issued Dates: 01/01/1980 -
12/31/1981 Valid

---

██ -####
Issued Location: New York
Issued Dates: 01/01/1980 - 12/31/1981
Valid

## Phones

███5703

---

1643 PACIFIC ST APT, BROOKLYN, NY 11213-1364 KINGS Dates Seen: 01/2017 - 01/2018

## Neighbor Addresses

1642 PACIFIC ST APT 4D, BROOKLYN, NY 11213-1317 KINGS
Dates Seen: 10/1994 - 05/2019

### Residents

SHAWN PONDER
08/##/1972 (47)
Person ID: ███2133
████ #### Issued Location: New York Issued Dates: 01/01/1975 -
12/31/1976 Valid (High Risk Indicator) SSN matches bankruptcy file.

██ ###
Issued Location: New York
Issued Dates: 01/01/1975 - 12/31/1976
Valid
(High Risk Indicator) SSN matches bankruptcy file.

## Phones

███ -1407 (EDT)
Listing: COLEMAN M
Published

## Weapon Permits

NO RECORDS

## DEA Controlled Substance Licenses

NO RECORDS

## Historical Neighbors

1643 PACIFIC ST APT, BROOKLYN, NY 11213-1364 KINGS Dates Seen: 01/2017 - 01/2018

### Neighbor Addresses

1642 PACIFIC ST APT 4A, BROOKLYN, NY 11213-1316 KINGS
Dates Seen: 06/2000 - 01/2019

#### Residents

JOANNE JOSEPH
Person ID: ████████8502

1642 PACIFIC ST APT 4D, BROOKLYN, NY 11213-1317 KINGS
Dates Seen: 10/1994 - 05/2019

#### Residents

SHAWN PONDER
08/##/1972 (47)
Person ID: ████████2133
████-#### Issued Location: New York Issued Dates: 01/01/1975 -
12/31/1976 Valid (High Risk Indicator) SSN matches bankruptcy file.

████-####
Issued Location: New York
Issued Dates: 01/01/1975 - 12/31/1976
Valid
(High Risk Indicator) SSN matches bankruptcy file.

#### Phones

(████1407 (EDT)
Listing: COLEMAN M
Published

1645 PACIFIC ST APT, BROOKLYN, NY 11213-1132 KINGS
Dates Seen: 11/2005 - 06/2018

### Residents

MICHELLE A JORDAN
01/##/1975 (44)
Person ID: ████████6508
████ #### Issued Location: New York Issued Dates: 01/01/1976 -
12/31/1977 Valid

████████####
Issued Location: New York
Issued Dates: 01/01/1976 - 12/31/1977
Valid

HASSAN M MAYNARD
Person ID: ████████3423

---

13405 86TH RD APT 1, RICHMOND HILL, NY 11418-1902 QUEENS Dates Seen: 07/2003 - 04/2018
Phones ████████-5718

### Neighbor Addresses

13404 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 05/1999 - 08/2016

### Residents

LOLA LAL SINGH
Person ID: ████████8789
████████████████████████████
████████ Valid

████████-####
Issued Location: California
Issued Dates: 01/01/1990 - 12/31/1990
Valid

MANSIT K SORONSEN
Person ID: ████████2003
████████-#### Issued Location: Utah Issued Dates: 01/02/1995 - 07/03/1995
Valid

████████####
Issued Location: Utah
Issued Dates: 01/02/1995 - 07/03/1995

Valid

---

AMIT SINGH
Person ID: ██████2777

---

VISHAL SEHGAL
05/##/1973 (46)
Person ID: ██████1658
██████-#### Issued Location: Pennsylvania Issued Dates: 10/02/1999 - 10/01/2002 Valid

████████#### 
Issued Location: Pennsylvania
Issued Dates: 10/02/1999 - 10/01/2002
Valid

---

SHAMIM A SEHGAL
08/##/1984 (35)
Person ID: ██████4485

---

CHANDER SHEIKHER
Person ID: ██████0290

---

13404B 86TH RD, RICHMOND HILL, NY 11418-1901 QUEENS
Dates Seen: 02/2001 - 08/2005

## Residents

BALBIR SINGH
02/##/1953 (66)
Person ██████4841
██████### Issued Location: New York Issued Dates: 10/02/1993 - 05/01/1995 Valid

████████-#### 
Issued Location: New York
Issued Dates: 10/02/1993 - 05/01/1995
Valid

---

13405 86TH RD, RICHMOND HILL, NY 11418-1902 QUEENS
Dates Seen: 01/2007 - 07/2016
Shared

## Residents

SHARON YANAY
02/##/1972 (47)
Person ID: ███████9573

---

YARONA YANAY
02/##/1972 (47)
Person ID: ███████5325
███████#### Issued Location: New Jersey Issued Dates: 08/02/1994 - 02/01/1996 Valid

████-####
Issued Location: New Jersey
Issued Dates: 08/02/1994 - 02/01/1996
Valid

---

DAVID COHAN
Person ID: ███████6030

---

HARJINDER KAUR
Person ID: ███████069
███████## Issued Location: New York Issued Dates: 11/01/1994 - 07/01/1996 Valid

████####
Issued Location: New York
Issued Dates: 11/01/1994 - 07/01/1996
Valid

---

PARKASL M OMI
Person ID: ███████7398
███████## Issued Location: California Issued Dates: 01/01/1988 - 12/31/1989 Valid

████####
Issued Location: California
Issued Dates: 01/01/1988 - 12/31/1989
Valid

---

1316 PEMBROKE ST APT, BRIDGEPORT, CT 06608-1743 FAIRFIELD Dates Seen: 11/2017 - 05/2018 Residents ERIC ULLOA

## Neighbor Addresses

1315 PEMBROKE ST, BRIDGEPORT, CT 06608-1744 FAIRFIELD

Dates Seen: 08/2016 - 10/2018

### Residents

FERNANDO VELAZQUEZ ARENAS
06/##/1972 (47)
Person ID: ████████5707

MIGUEL A TORRES
04/##/1950 (69)
Person ID: ████████8829
████ #### Issued Location: Puerto Rico Issued Dates: 01/01/1968 -
12/31/1968 Valid

████-####
Issued Location: Puerto Rico
Issued Dates: 01/01/1968 - 12/31/1968
Valid

1320 PEMBROKE ST, BRIDGEPORT, CT 06608-1743 FAIRFIELD
Dates Seen: 1999 - 05/2018

### Residents

CRESPO LUZE
04/##/1932 (87)
Person ID: ████████6928

### Phones

████-5749

1320 PEMBROKE ST FL 1, BRIDGEPORT, CT 06608-1743 FAIRFIELD
Dates Seen: 09/1999 - 06/2019

### Residents

YARIRA MUNIZ TORRES-MUNIZ
01/##/1978 (41)
Person ID: ████████3126
████-#### Issued Location: Puerto Rico Issued Dates: 01/01/1979 -
12/31/1980 Valid

████####
Issued Location: Puerto Rico
Issued Dates: 01/01/1979 - 12/31/1980
Valid

320 BARR AVE, WOODMERE, NY 11598-1137 NASSAU (Verified) Dates Seen: 06/2008 - 08/2019 Residents ILAN D AVITSEDEK 01/##/1969 (50) ████ ### Issued Location: New York Issued Dates: 09/02/1998 - 10/01/2001 Valid EILEEN A COYLE 04/##/1931 (88)█████ Issued Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid (High Risk Indicator) SSN belongs to a person reported as deceased. PELEG YANNAY 1████ #### Issued Location: New York Issued Dates: 03/30/1996 - 02/02/1998 Valid SHARON YANAY 02/##/1972 (47) Phones ████5718 (EDT) Listing: AVITSEDEK ILAN D Published ████-2900 (EDT) Listing: CONTACT CONSTRUCTION INC Published

## Neighbor Addresses

319 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 06/1990 - 06/2012

### Residents

MICKY BARBER
06/##/1953 (66)
Person ID: ██████542
████ #### Issued Location: New York Issued Dates: 01/01/1968 - 12/31/1969 Valid

████### 
Issued Location: New York
Issued Dates: 01/01/1968 - 12/31/1969
Valid

MEITAL JOHANES ROSSO
Person ID: █████2482

RUSSELL BARBER
Person ID: █████2231

BEATRICE BARBER
Person ID: ██████5747
████ ### Issued Location: New York Issued Dates: 01/01/1936 - 12/31/1951 Valid

████#### 
Issued Location: New York
Issued Dates: 01/01/1936 - 12/31/1951
Valid

KFIR JOSEF

Person ID: ██████2698

---

SEAN BARBER
03/##/1990 (29)
Person ID: ██████3167

---

322 BARR AVE, WOODMERE, NY 11598-1137 NASSAU
Dates Seen: 04/2009 - 06/2015

### Residents

CAROLYN DEUTSCH
Person ID: ██████9037

---

JEFFREY DEUTSCH
Person ID: ██████9688

---

315 BARR AVE, WOODMERE, NY 11598-1103 NASSAU
Dates Seen: 09/2001 - 06/2019

### Residents

TRINA FAYGIE MERMELSTEIN
1/1974 (45)
Person ID: ██████6853
██████-#### Issued Location: New Jersey Issued Dates: 01/01/1977 -
12/31/1978 Valid

██████####
Issued Location: New Jersey
Issued Dates: 01/01/1977 - 12/31/1978
Valid

---

DAVID MEISELS
Person ID: ██████7251

---

ELLYN S GELLER
08/##/1941 (78)
Person ID: ██████5903
██████#### Issued Location: Colorado Issued Dates: 01/01/1963 -
12/31/1963 Valid

██████###

Issued Location: Colorado
Issued Dates: 01/01/1963 - 12/31/1963
Valid

STEWARD GELLER
Person ID: ███████8713

YAAKOV YOSEF NEWMAN
12/##/1987 (31)
Person ID: ███████2996

SHOSHANA NEWMAN
09/##/1986 (32)
Person ID: ███████3917

**Phones**

██████-5705 (EDT)
Listing: NEWMAN SHOSHANA
Published

██████-8570

## FAA Certifications

NO RECORDS

## Hunting & Fishing Licenses

NO RECORDS

## Firearms & Explosives

NO RECORDS

## Aircrafts

NO RECORDS

## Watercrafts

NO RECORDS

## Accidents

NO RECORDS