

Shauna M. Deluca, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. sdeluca@hasbanilight.com

July 13, 2023

**VIA CM/ECF**

The Honorable Judge Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York – Brooklyn Division
271-C Cadman Plaza East
Brooklyn, New York 11201

    **RE:    Remaining Trial Exhibits for September 7, 2023 Trial**
            **Bankruptcy Case No.: 18-42802-nhl (*In re Northfield 30 Corp.*)**
            **Adversary Case No.: 19-01092-nhl (*JDP Mortgage LLC v. Northfield 30 Corp., et al.*)**

Dear Judge Lord,

    We represent the creditor, JDP Mortgage, LLC ("JDP" or "Creditor") in the above referenced matter. Attached to this cover letter, please find a redacted copy of the Creditor's three (3) remaining trial exhibits (Exhibit G, Exhibit H, and Exhibit I hereinafter referred to as the "Remaining Exhibits") intended for Creditor's use at the trial on the matter, currently scheduled before the Court on September 7, 2023.

    For ease of reference, a table of contents which coincides with the page numbers on each individual Exhibit is also being filed. Please bear in mind that the Remaining Exhibits are being filed in addition to, and continuation of Creditor's Exhibits A – F which were previously filed on the docket on April 5, 2023. *See*, ECF Dkt. No. 94.

    Should anything further be needed, please do not hesitate to reach out. We appreciate the Court's time and attention to this matter.

                                    Respectfully,

                                    */s/ Shauna M. Deluca*
                                    Shauna M. Deluca, Esq.
                                    Attorneys for *Creditor, JDP Mortgage, LLC*
                                    Email: sdeluca@hasbanilight.com