UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Northfield 30 Corp.,<br><br>*Debtor.* | Bankruptcy Docket No.:<br>18-42802-NHL |
| JDP MORTGAGE, LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>NORTHFIELD 30 CORP., A&Q ESTATES INC., ELI AVI COHEN, GRAY WILBERFORCE, YANAY SHARAN A/K/A SHARAN YANAY A/K/A SHARON YANAY, DAVID COHEN A/K/A DAVID COHAN A/K/A ELI COHAN A/K/A ILAN DAVID AVITSEDEK,<br><br>*Defendants.* | Adversary Proceeding Docket No.:<br>19-01092-NHL |

## **TABLE OF CONTENTS TO PLAINTIFF'S REMAINING EXHIBITS**

Exhibit G ................................................................................................................. 264 - 266

Exhibit H ................................................................................................................. 267 - 271

Exhibit I ................................................................................................................. 272 - 273

**HASBANI & LIGHT, P.C.**

Dated: July 14, 2023

*/s/ Shauna M. Deluca*
Shauna M. Deluca, Esq.
Attorneys for *Plaintiff, JDP Mortgage, LLC*
450 Seventh Avenue, Suite 1408
New York, NY 10123

T. 212-643-6677
F. 347-491-4048
Email: sdeluca@hasbanilight.com

# Exhibit G

# STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY NY 12228

Client ID: ███████

GRN: ███████

Image Capture Date: ███████

Image Captured By: VEC



███████

This is to certify that this image is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES



Printed On: Aug 20, 2019, 02:22:23 PM

Scanned by CamScanner

# STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY NY 12228

**Client ID:**

**GRN:**

**Image Capture Date:**

**Image Captured By:**









This is to certify that this image is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES

ASS-5 (2/19)

Printed On:  Aug 29, 2019,  02:22:23 PM

Scanned by CamScanner

# Exhibit H

# STATE OF NEW YORK
# DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY NY 12228

Client ID:

GRN

Image Capture Date

Image Captured By



This is to certify that this image is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.



*Mark J.F. Schroeder*

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES

ABS-5 (2/19)

**Printed On:** Aug 29, 2019, 02:23:05 PM

Scanned by CamScanner

# STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY NY 12228

Client ID:

GRN:

Image Capture Date:

Image Captured By:





This is to certify that this image is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES

ABS-5 (2/19)

Printed On: Aug 29, 2019,  02:23:05 PM

Scanned by CamScanner

## STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY NY 12228

Client ID:
GRN:
Image Capture Date:
Image Captured By:







This is to certify that this image is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES

ABS-5 (2/19)

Printed On: Aug 20, 2019, 02:23:05 PM

Scanned by CamScanner

# STATE OF NEW YORK
# DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY NY 12228

**Client ID:**
**GRN:**
**Image Capture Date:**
**Image Captured By:**









This is to certify that this image is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark J.F. Schroeder*

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES

ABS-5 (2/19)

**Printed On:** Aug 29, 2019, 02:23:05 PM

271

Scanned by CamScanner

# Exhibit I



New York State Department of Motor Vehicles

## ORDER OF SUSPENSION OR REVOCATION

www.dmv.ny.gov

COMPLIANCE DATE _____
____ ITEM
____ AFFIDAVIT

MV REP SIGNATURE

POSTAL ID:    060898182

COHAN, DAVID                              COURT
2567 ATLANTIC AV 1FL
BROOKLYN NY 11207

11/17/2012  KINGS COUNTY, BROOKLYN D.O.           CASE NO.:   999999999
ORDER NUMBER     IDENTIFICATION NUMBER                              CLIENT NUMBER
A1211160000            756-69    DATE OF BIRTH   SEX
                                 01/  /1969   M                       088

YOUR NEW YORK STATE DRIVER LICENSE WILL BE REVOKED EFFECTIVE 11/30/2012.

CAUSE: MADE A FALSE STATEMENT OR PROVIDED FRAUDULENT DOCUMENTS IN
APPLICATION FOR A NEW YORK STATE IDENTIFICATION DOCUMENT.

THE REVOCATION WILL REMAIN IN EFFECT UNLESS YOU REQUEST A HEARING BY SENDING A
SIGNED COPY OF THIS NOTICE TO:

                    DEPARTMENT OF MOTOR VEHICLES
                    DIVISION OF FIELD INVESTIGATION, ROOM 431
                    6 EMPIRE STATE PLAZA
                    ALBANY, NEW YORK  12228

PLEASE BE ADVISED THAT IF YOU REQUEST A HEARING, PURSUANT TO VTL SECTION
510(3-A) YOUR DRIVING PRIVILEGE WILL BE SUSPENDED PENDING THE HEARING.

DMV WILL LET YOU KNOW WHEN AND WHERE THE HEARING WILL BE HELD.  YOU MAY BRING
AN ATTORNEY WITH YOU TO THE HEARING.

X_____
(SIGNATURE - SIGN NAME IN INK)
                                              (DATE)

ORDERS ISSUED FOR THIS REASON CANNOT BE CONSIDERED FOR A CONDITIONAL OR
RESTRICTED USE LICENSE/PRIVILEGE.

IF YOU HAVE NOT ALREADY DONE SO, TURN IN YOUR NYS DRIVER LICENSE (INCLUDING
ANY DUPLICATES) TO THE DEPARTMENT OF MOTOR VEHICLES AT THE OFFICE LISTED
BELOW.

DEPARTMENT OF MOTOR VEHICLES
2875 WEST 8TH STREET,  CONEY ISLAND, NY  11224

MV-110C (4/11)

                              Commissioner of Motor Vehicles
                                        OFFICE USE ONLY 50 N

Scanned by CamScanner